**EXHIBIT A**

Case 7:16-cv-03464-VB   Document 47-1   Filed 04/10/17   Page 2 of 2


**TEVA Pharmaceuticals**

**DATE:** December 20, 2012

**TO:** Zafar Iqbal

I am very pleased to confirm our offer to you for the position of Associate Director, Process Engineering in our Pomona, NY facility reporting to Wei-Qin Tong- VP, R&D. The initial terms of employment for your new position are as follows:

- **Base Pay:** You will receive a base pay of $5,769.23 bi-weekly, which when annualized is equivalent to $150,000 (the "Annual Base Salary"), payable in accordance with our standard payroll practices for exempt employees. You will receive a paycheck or electronic payment every two weeks.

- **Bonus:** Continued eligibility to participate in the Teva 2013 Bonus Program with an incentive opportunity equal to 20% of your Annual Base Salary, subject to the terms and conditions in the 2013 Bonus Program.

- **Confidentiality and Non Solicitation:** Attached is a *Proprietary Information and Inventions Agreement* for your acknowledgement and execution.

Teva reserves the right to change, end, or alter plans and eligibility dates at any time.

This promotion will be effective the first pay period following our receipt of both the signed offer letter and agreement.

We are pleased that you have chosen to take on this new position, and believe that your skills and accomplishments are a good match for your new role. We look forward to supporting you in your continued career with Teva.

Sincerely yours,

Elaine Lakis
Associate Director, Human Resources

Acknowledged and agreed:

_____ (M. ZAFAR IQBAL)     Date: 1/2/12
Name

Teva 16
Teva 16