A It's the reciprocal confidentiality agreement.

Q Right.

A Also known as a nondisclosure agreement. Yes, this is one of the many documents I saw during the email examination.

Q By the way, anywhere within this document do you see the word "Teva"? Did you see the word "Teva" anywhere in this document?

MR. KUSHNER: You are asking him to look now?

MR. PESKA: Yes.

MR. KUSHNER: At every page?

Q If you can.

Did you have an opportunity to look at that document?

A Yes.

Q This is an agreement between Barr Laboratories and Suffern Pharmacy, correct?

A Yes.

Q Does it indicate who the owner of Barr Laboratories is in this document?

A Not to my knowledge.

Q But that would be Teva, correct?



the ownership, if any?

A Yeah, they were mostly emails. They're not so much formal documents. There were not a lot of executed legal documents in the review. It was mostly based on the email review.

There was a former employee by the name of Anwar Hossain, who seemed to be leading the charge for Suffern Pharmacy to get them registered as an official vendor of Teva.

Q Okay.

A So that was a little peculiar, that Anwar Hossain was the man leading the effort to get Suffern Pharmacy registered and recognized by Teva as an official vendor.

The other thing that caused me some concern with the confidentiality agreement was that it was signed by Eugene Frenkel, when reviewing other documents and Mr. Iqbal's referring to himself as the CEO and president of Suffern Pharmacy. So I am looking at an email review over the course of twelve months or so, and I am putting all this together.

So it's just not one document, it's hundreds of documents. Not official documents, emails primarily, and I am putting together this puzzle,



telling me that during the months of January and February, and March to a degree, of 2015, this legal arrangement was not properly disclosed.

Q But the one agreement that you do reference that you talked about, you testified earlier, was the confidentiality agreement.

You had indicated that you did not interview Tony Tong, correct?

A That is correct.

Q Was there a reason for that?

A No, because the emails, in my opinion, satisfied what I was looking for in terms of proof and in a timeline, and so forth. So I saw that email between Janet Zebleckes and Tony Tong, and I took that as the disclosure. So that was almost three months into this, though.

I believe the first communication on behalf of Suffern Pharmacy occurred maybe around the middle of January of 2015. And then Tony Tong acknowledges by way of email, at the end of March, that two Teva employees, or at least Mr. Iqbal, had an interest in Suffern Pharmacy.

MR. PESKA: Let's have this marked, please.



hypothetical.

If you spoke with Tony Tong and he said to you -- well, you didn't speak to him, you didn't interview him; we made that clear. But if he told you, "Hey, I knew that they had a company and I suggested that they become a vendor," would that comply with your understanding, if that would have been violative of the Teva policy?

MR. KUSHNER: I am just going to object to form again; it's a hypothetical.

You can answer if you want.

A Well, as I said earlier, the email review showed that there were multiple holes in the application process. The vendor questionnaire form was signed and filled out by someone else. There were a lot of emails that were inconsistent with the application process.

Q Who signed the application form?

A I don't know if it was actually signed. I would have to look at it.

But I do know that Eugene Frenkel's name appeared prominently in that document as well.

I do recall an email between Eugene Frenkel and someone from Teva procurement, in which



Mr. Frenkel asked about the status of the application.

Q Why was that peculiar to you, that another Teva employee was, I think you said, "aggressively"? I forgot exactly.

I don't want to put words in your mouth, but you said something to the effect that he was leading the charge.

A I did use that term. I didn't use the word "aggressively," though.

Q He was leading the charge; is that fair to say?

A No, no, that Anwar Hossain was leading the charge.

Q Why is that unacceptable or why is that negative, in your view?

MR. KUSHNER: You are talking about Mr. Hossain now, not Mr. Frenkel?

MR. PESKA: Yes.

A Well, I think they were proxies, in a way, Anwar Hossain and Eugene Frenkel, based on the totality of the review of the emails.

Now, you have to understand that I probably looked at twelve months' worth of emails, and I studied the emails, and I tried to capture the right



picture.

So when I saw that other people other than Mr. Iqbal were proposing this idea to Teva employees and sending applications in and forms and so forth, other than Mr. Iqbal, I perceived that as some type of disguise or some type of less than transparent behavior during the months of January and February of 2015.

Q Did you ever speak with Anwar?

A No.

Q Do you know what his title is?

A I believe he was an associate director, as well, in R&D. I believe that.

Q Were you made aware of the importance of obtaining branded drugs for R&D?

A Pardon me?

Q Were you made aware of the importance of obtaining branded drugs for R&D?

MR. KUSHNER: Importance to Teva?

MR. PESKA: Yes.

Q Do you understand the significance of that?

MR. KUSHNER: Objection to form.

A I think during my interview of Miriam

A Yes, I do.
Q You know that she is the director of procurement in the United States?
A I believe her title is senior director of procurement in the U.S.
Q Can you just read her response into the record?
A Yes.
"Hi, Mike.
This is the first time that I am seeing this form and/or hearing of this requirement. There doesn't seem to be a date on the policy. Can you tell me when this was put into effect? Was there any type of notification that went out when this policy was implemented or training on this process when it was launched?
We have several suppliers in the R&D area that require some form of prepayment. As far as I know, none of these have been documented.
Kind regards, Janet."
Q Now, this is an email dated December 7, 2015.
Are you familiar, generally, when the transactions with Suffern Pharmacy took place?

A Yes, sir.

Q What period was that?

A That was between March of 2015 and May of 2015.

Q Well, maybe we should just look at the report. If you can just look at the conclusions in your report and just go to the last page of the report.

I'm sorry; it's not the last page. I believe it's under the conclusion.

MR. KUSHNER: You mean the final report.

MR. PESKA: Yes, the final report. Let's mark this.

\- - - - -

(Whereupon, a document was received and marked as Plaintiff's Exhibit 5 for identification as of this date; Final OBI Report, dated March 8th, 2016.)

\- - - - -

Q If you can just look over the conclusions within your report.

(Whereupon, the witness peruses the document.)



that there were improper prepayments being disbursed, or in what way was Suffern acting improperly; can you describe that?

A I don't know if --

MR. KUSHNER: Hold on.

Suffern acting improperly or Mr. Iqbal?

MR. PESKA: Strike that whole line of questioning.

Q You say in this statement, "Mr. Iqbal made several false statements to his Teva colleagues regarding the desire for prepayments when, in fact, advanced payments were needed to ameliorate Suffern Pharmacy cash-flow problems."

What false statements are you alluding to?

A The false statements I am alluding to have do with the timing of when this order of Solaraze was compiled.

So the timeline of when that was happening, they were getting many units from five or six different friendly pharmacies, okay. So they had them in their possession.

Then there is an email between



Mr. Iqbal and Mr. Hossain, in which Mr. Hossain says, "We are going to have some problems here, and we also have to keep in mind that we have to pay our friends."

So that told me that the payment is coming to the friends. They didn't have to pay those friends in advance. Do you see what I am saying?

So the timing of the prepayment or that the request was insincere.

Q Now, with Solaraze, you are aware that that was a significant purchase, correct?

A Yes.

Q You are aware that it was over $300,000?

A Correct.

Q Did you become aware during your investigation -- I see you have some notes on it, that they purchased the product from McKesson.

Did you become aware of that?

A Not necessarily.

Q Did you believe that McKesson was a friendly pharmacy?

A A friendly pharmacy, no.

I listed the pharmacies on -- where is it? On page 8.



suppliers. And, in this case, 101 units, they had to prepay them.

Q What email or what communication directs that they have to prepay?

Outside of your report, do you have any emails -- or if you want to find it in your report, that's fine, wherein the owners of Suffern Pharmacy represent that they have to prepay friendly pharmacies or make any representation to that effect?

A There was one email where, I think Mr. Iqbal says that a supplier can only hold onto this product for so long, until Wednesday or so, and I think it was they needed the $300,000. I am pretty sure, so...

I would have to refresh my memory on that one.

Q So the $300,000 one that you are referencing, that's with respect to the purchase of Solaraze. Does that refresh your recollection?

A Yes.

Q Are you familiar with the distributor McKesson?

A Yes.

Q Do you consider McKesson a friendly



MR. KUSHNER: And Counsel knows that, because I have been telling him that for months.

But can we have the plaintiff stop shaking his head and smirking at the witness, please?

THE WITNESS: I don't take it personally.

MR. KUSHNER: I know, I just want to make sure it's on the record.

MR. PESKA: I think he is acting very professionally. He's just standing there.

If he's nodding or gesturing, it would be to me, not to you.

MR. KUSHNER: I didn't say he was gesturing to me.

MR. PESKA: I will just continue.

Q Are you familiar when this CDA was signed, about?

A Well, I just go by the date on it. I think it was February 8th of 2015. I'm sorry, it says February 11, 2015, 2/11/2015.

MR. PESKA: Can we mark this, please?



As noted in the last email, this transaction also resulted in a prepayment for Suffern Pharmacy, circumventing the established sixty-day terms."

Q Looking at those emails, how was he trying to circumvent the sixty-day terms, if you can recall, on the email?

A Well, I think there are certain controls that Teva has put in place in order for a vendor to be paid prior to sixty days. So it's the exception to the rule that a vendor is paid prior to sixty days. That's the typical terms.

There is a process that vendors and procurement go through in order for a vendor to be approved for thirty-day payments, not thirty days.

Q Did you ask her how she "spiffed it up"?

You quote her here.

Did you ask her how she, quote, unquote, "spiffed it up some?"

A I'm sure I did.

Q Do you recall the response?

A Miriam Morris's feeling was that she was helping Mr. Iqbal. So when she said she "spiffed



A And Suffern Pharmacy is causing that. So Teva, by virtue of the relationship with Suffern Pharmacy, by allowing that to happen, they're enabling that to happen.

So Janet Zeblecke rightly pointed out the fact that, "Hey, this is an issue."

Q Right.

A And that was on June 25th, after all this back and forth between more junior people, were still discussing whether or not this is viable.

Then Janet Zeblecke came in on June 25th and said, "No more, we can't do this."

Q Do you know the span of the transactions? You reference them in your report, with Suffern Pharmacy, correct? You reference the span of transactions, the months, right?

A I believe there were ten transactions, yes, sir.

Q Ultimately, Teva discontinued its relationship with Suffern Pharmacy?

A Yes, sir.

Q Was there any damage caused by transacting business with Suffern Pharmacy as per the FDA or anything else, any outside agency?



MR. KUSHNER: Objection to form.
I don't even know what that means.
A I don't know.
I know Janet Zebleckes made the right call. It took whatever, four or five months, for someone to come in and say, "Look, enough is enough. We cannot do business. There are just too many landlines there."
Q That was in June of 2015, correct?
A Yes, sir.
Q And you began your audit in December of 2015?
A Investigation.
Q What prompted the investigation?
A Mike Woznyi, who, as I said earlier, was a contingent worker, was assigned to Teva's internal audit team.
They were doing random sampling of vendors to see which ones had contracts, executed MSAs, procurement documents, just a general audit of all the documents relating to how a vendor should be enrolled and approved.
Q So you are saying he initiated it?
A No, no. He --



MR. KUSHNER: Finish your answer.

Q I'm sorry, I thought you were done. I apologize.

A So Mike Woznyi brought it to my attention. He made some inquiries, I think, to Shulamit Zahavi and to his chain of command and realized that there was no MSA between Teva and Suffern Pharmacy.

Then what got his interest, Mike's interest, was the fact that Suffern Pharmacy did a lot of business with Teva over the course of those four or five months.

Then, as part of the records in accounts payable were these emails with Shulamit Zahavi and some other parties, where they're saying that, "Look, we are exceeding our PO, there is no contract, these people are employees, and there's an issue here."

So that's where it was turned over to the OBI to investigate this conduct as a potential conflict of interest.

So Mike Woznyi, the contingent worker of internal audit at Teva brought the matter to my attention as a potential conflict of interest. So I



was assigned the case and I started investigating it as a potential conflict of interest.

Q And you don't know the name of the company he worked for?

A No. It's not a household name. It's not like Deloitte or anything like that. It's a service that provides contingent workers, temporary workers.

Q A temp agency?

A It's something, yeah.

Q You think he works for a temp agency?

A Not now; at the time, he did. In December of 2015, he certainly did.

Q So are you saying that he was working at Teva through a temp agency?

A Correct.

Q I would have imagined he would have signed a confidentiality agreement with Teva, correct, when he came on board?

A That's hard to say. I don't know. I don't know the answer to that question.

Q You don't remember the temporary service that he was --

A No, I don't recall.



My question is, if everything was aboveboard, why didn't Mr. Iqbal or Mr. Dawood Hossain communicate with Roz Lester and these other folks in finance and legal?

That's a question that I asked Mr. Iqbal, and he didn't answer it when I talked to him.

Q Going back to Plaintiff's Exhibit 6, the fourth page, if you can just read that bullet point?

A Is that 950?

Q CDA.

A CDA signed on 2/11/15?

Q Right.

A "Attention of Eugene Frenkel and Anwar Hossain. Tried to conceal his ownership interest. See Anwar Hossain's email and confidentiality agreement request form dated 2/14/15. Why didn't he simply not disclose?"

Q When you say "he," who?

A Mr. Iqbal.

Q So how did you know that Mr. Iqbal was even involved in preparing that agreement?

A Because I learned he was the



Mr. Iqbal whether or not he did or did not disclose the ownership interest, how did you know that he was responsible for the registration process?

A Because he is the president and CEO of Suffern Pharmacy.

Q How did you learn that?

A Through other documents, through document reviews.

Q So because he was the president, you knew, at this point, that he should have disclosed who the owners were through Anwar?

A I had a real issue with that, that that caused some concern.

I learned of his ownership of Suffern Pharmacy through the documents that were contained in the accounts payable records.

Q Okay.

A So there were Suffern Pharmacy emails, there was Mr. Iqbal's telephone number, his cell phone, I did a crisscross check on that, it came back to Mr. Iqbal.

So, as I said earlier, I started putting this thing together, and by the time I sat down with him, I had a pretty good idea of what



questions I needed to ask.

Q You said "tried to conceal his ownership interest."

What did you consider his intent to conceal?

A Well, that was one issue where Mr. Anwar Hossain was the main communicator, when it came to engaging with Teva employees about Suffern Pharmacy becoming an authorized vendor.

Q Right. You are aware that his name is on the registration form; you are aware of that?

Do you recall that?

MR. KUSHNER: Object to form.

Whose name?

MR. PESKA: Anwar Hossain's.

A Anwar Hossain's name is on the Teva registration form?

Q Right.

A I'd have to see. I somewhat recall that, yes.

Q Do you know that he reported to Tony Tong?

A I don't know that for a fact.

Q Did you ever obtain information or



I keep going back to Anwar Hossain, who, as I recall, was really the main point of contact for coordinating this effort and communicating to Teva employees in departments.

MR. PESKA: Mark this, please.

\- - - - -

(Whereupon, a document was received and marked as Plaintiff's Exhibit 11 for identification as of this date; Supplier Questionnaire.)

\- - - - -

Q Are you familiar with these documents?

A I am, yes.

Q Were you aware that these documents had been submitted along with the signed CDA?

A I am not aware of that, but if you are telling me that that's the way it happened, I have no reason to doubt it.

Q Going to the third page of the exhibit, did anybody ever provide this to you?

A I'm pretty sure, at some point, I saw this entire packet, which is Plaintiff's Exhibit 11, 49 through 54. I am pretty sure I saw this in the



were in possession of this and you looked at it and you knew, at the time, that this was Mr. Iqbal's signature, would you still believe or would you still have the impression that he was trying to conceal his ownership?

MR. KUSHNER: Objection to form.

Are you asking him a hypothetical?

MR. PESKA: No.

A This would have been a lot of more helpful if the name was spelled out here, then I'd be absolutely sure. I don't know whose signature that is at the time. I didn't know.

All I know is Eugene Frenkel's name appeared throughout these documents, numerous times. And I knew, when I was reviewing these documents, that Mr. Iqbal was the president and CEO of Suffern Pharmacy.

I believe, based on what I know about these documents, that he or maybe Mr. Hossain, Dawood Hossain, their names should have appeared in these documents, not Eugene Frenkel's name.

Q You testified earlier, based on documents that were signed, that you believe that he tried to conceal his ownership, correct; isn't that



this investigation, four people were interviewed.

Q And that was, can you just read them?

A Sure. Shulamit Zahavi, Mohammed Iqbal, Dawood Hossain, and Miriam Morris.

MR. PESKA: Mark this, please.

- - - - -

(Whereupon, a document was received and marked as Plaintiff's Exhibit 14 for identification as of this date; emails.)

- - - - -

Q Do you know who Tali Guy is?

A I do know her, yes.

Q Do you know what her title is?

A I believe she's a senior director of compliance, and she's based in Israel.

Q Quite a number of Teva employees involved in this Suffern Pharmacy issue, correct?

I have seen quite a number of employees, whether it be from Israel or the United States.

Did you get a chance to interview Tali?

A I did not.

Q Did you get a chance to interview



A Well, they would acquire it from a distributor, and then the distributor would send it to Teva; that's my understanding.

Q Right, correct.

So you don't think it's reasonable under those circumstances, without the supplier obtaining the product and control over the product, that they should lay out the money for the product?

A Well, if you are speaking of this one particular transaction, I would have to give that some thought.

My issue with prepayment, my biggest issue, had to do with the Solaraze transaction and with the five or six friendly pharmacies. That, in my opinion, those companies donated, they gave those lots, those products, or those tubes to Suffern to create that large order of 170 tubes.

It's my contention, and I have an email from Mr. Hossain which supports that contention, that those five or six pharmacies were not paid in advance. That's why I have an issue with the misrepresentation that Suffern Pharmacy needed to pay their suppliers in advance when, in fact, their suppliers are their five or six friends.

MAGNA
LEGAL SERVICES

**A**

**A-N-Z-A-L-O-N-E** 131:2
**a.m** 1:12 81:17 144:12
**ability** 93:10 176:19
**able** 55:6,7 93:6 148:20
**above-captioned** 197:4
**above-mentioned** 1:18
**aboveboard** 107:3 124:21
**absolute** 101:22
**absolutely** 11:25 14:24 77:22 99:8 99:12,19 119:12 180:20
**abuse** 181:23 182:3 187:22
**acceptable** 85:8
**access** 12:5 76:23 148:21 153:12
**account** 56:9,17,20 81:3 163:7 170:16 170:18,19,23 171:16
**accounting** 4:18 5:2 5:5 6:8
**accounts** 96:15 100:14 110:17 142:22 157:20,22
**accurate** 15:12 20:24
**accused** 69:13,23 69:24
**ACHs** 91:25 170:22
**acknowledge** 120:7
**acknowledged** 136:2
**acknowledges** 31:21
**acquire** 172:2
**acquiring** 177:7
**acting** 50:3,7 61:12 69:2
**action** 27:18 36:15 196:13
**activities** 92:21
**activity** 124:8
**actual** 26:21
**Adam** 2:8 3:12
**adam@peskalaw...** 2:9
**add** 55:14 168:9,19
**addition** 74:10,15 74:18,21
**additional** 144:19 149:25 152:4
**additions** 197:2
**address** 3:7 10:2 169:7
**addresses** 158:24
**addressing** 52:15
**adequate** 181:20
**adjudication** 36:23
**advance** 48:18 51:7 56:2 172:22,24
**advanced** 50:14
**advantage** 74:23,24 75:11,16,23 76:8 85:9 93:16,20,23 122:4
**advantageous** 150:15
**advisable** 179:7
**advise** 72:11 78:20 122:24
**advised** 44:7 173:9
**advisement** 8:17
**affect** 149:22
**affiant** 37:18
**affiliated** 159:22
**affirmative** 159:10
**affirmatively** 161:2 161:24
**against-** 1:5
**agency** 94:25 97:10 97:12,16 99:10 102:24 140:12,15 140:17 195:5
**agent** 5:18,19
**aggressively** 41:5 41:10
**ago** 179:23
**agree** 129:3 136:8 155:15
**agreed** 129:20
**agreement** 24:12 24:20 25:3,6,19 26:4,5,8,11 30:17 31:5,7 44:6 85:24 86:4,6,9,11,12,16 86:19 87:15 97:19 107:19,24 108:9 114:24 115:16,19 117:24 118:4 131:25 140:3 145:15 146:8,13 146:16 184:2 194:6,15,17
**agreements** 29:16
**ahead** 10:18 21:17 102:13 126:17
**allegation** 98:21 180:13
**alleging** 180:9
**allow** 168:16
**allowing** 94:4
**alluding** 50:17,18
**alterations** 135:5
**altogether** 129:25
**Ambler** 3:9
**ameliorate** 50:14
**amend** 120:4
**amendment** 144:24
**America** 80:8
**amount** 35:8 122:22 167:13 171:15 174:12
**analysis** 154:5 174:2
**and/or** 46:12
**answer** 3:19 19:17 37:6,7,9,11 39:4,8 39:10 40:12 45:22 52:24 59:14 68:6 68:8,10,12,15,19 68:24 69:3,7,10 69:16 77:7,9,12 77:18,24 78:11 92:16 96:2 97:22 107:7 148:14 154:9 155:12 165:10 175:11 179:14 181:8
**answered** 29:7,11 29:12 65:20 77:10 125:12 126:16 152:25 159:20 179:12,13
**answering** 39:3,19 39:22 156:24
**answers** 32:11 34:22 134:23 144:15 147:13,16 147:19,25 148:2 153:4 154:7,13 181:20
**anticompetitive-t...** 123:21 124:8
**antitrust** 49:15 64:14 66:8 67:9 67:15 69:22 70:7 76:11 77:4 87:19 88:3 121:11,12 123:22
**antitrust?'** 68:23
**Anwar** 30:8,13 41:13,21 42:10 104:16,19 105:25 106:19 107:17,18 108:8,13,16,19 110:12 111:8,16 111:17 112:3 113:4,10,19 114:5 114:22,23 116:2 135:17,22 136:4 136:24 160:10,13 160:16,18 183:5
**anybody** 34:9 59:16,22,25 72:24 78:20 105:3 115:22 116:22 117:16 152:18 185:14 189:10 192:5
**anyone's** 179:16
**Anzalone** 131:2,4 132:12 133:6
**apologize** 96:4
**appear** 20:16 32:14 127:6 145:21
**appearance** 36:18
**appeared** 40:23 119:15,21
**appears** 120:12 122:2 133:18 147:16
**applicant** 37:22
**application** 40:15 40:18,19 41:2 115:23 145:22 161:24
**applications** 42:5
**applied** 168:13
**applies** 109:2 144:24
**apply** 112:13
**appointment** 12:8,9
**appreciate** 167:20 183:11
**apprize** 129:19
**appropriate** 36:14 36:15 112:21
**appropriateness** 36:25
**approval** 32:15,16 33:25 34:14 35:12 35:16,17,22 36:6 166:7
**approve** 32:20 173:23
**approved** 34:14 38:5 45:17 48:21 85:16 89:16 95:23 106:25 157:14

MAGNA
LEGAL SERVICES

**approves** 173:12
**approving** 83:15 158:15
**approximately** 4:9 10:8 11:8 53:4 55:10
**April** 8:3,11,12,13 23:6 29:3 53:4 174:4,5
**area** 46:19 124:19
**arguing** 179:13
**arranged** 149:25
**arrangement** 19:19 29:13 31:4 54:2 59:23 64:10 90:18 91:21
**arrangements** 32:21 166:2
**arrive** 151:15
**arrived** 151:4
**Asaf** 76:2 77:13 78:3,6,7 132:11
**ASAP** 173:13
**ascertain** 15:7
**aside** 143:6
**asked** 12:25 20:8 27:2,5 29:5 35:10 41:2 48:23 54:23 77:9 107:6 137:25 143:8 144:24 159:19 179:15 181:19
**asking** 11:24 14:19 25:11 29:19 38:20 39:9,12 60:2 64:19 76:4 104:15 109:25 119:8 120:11 123:17 124:16 125:19 127:11,17,20,21 128:3 160:20 168:6
**asks** 65:2
**assigned** 6:5 9:23 82:23 95:17 97:2
**assignment** 62:13
**assist** 10:10
**Assistant** 7:10
**associate** 34:12 42:13 106:4 160:7
**Associates** 1:9 2:3
**assuage** 77:3
**assuming** 123:3 134:19
**attached** 45:13 194:25,25
**attachments** 100:15
**attempt** 77:2
**attempted** 86:3 161:2,7
**attendance** 187:22
**attention** 10:22 18:25 23:4 24:15 29:2 77:19 96:6 96:25 100:22,23 101:7 107:16 114:21 143:4 160:12
**attorney** 3:13 39:7 81:5 87:2 141:20 189:6
**Attorneys** 2:4,15
**audit** 75:3 95:12,18 95:21 96:24 99:7 99:10,13,15,15,22 99:24 100:2,3,4,7 103:14 140:5
**August** 68:2
**authority** 29:17 80:9 117:9 173:23
**authorization** 45:16
**authorized** 111:10
**automatic** 56:19
**availability** 161:18
**aware** 16:22,24 27:16,21 28:4,11 32:25 33:18,19 34:14,15 36:8 38:9 42:15,18 44:5,8,11 51:10 51:13,16,19 52:17 56:10 58:4,7,14 70:22 76:25 78:13 78:17,23 79:3,4,7 79:10 80:16,22,24 81:3 83:14,17 86:2,5,20 87:8 92:2,4 98:8,11 106:5,11 108:21 111:11,12 112:23 113:14 116:16,18 124:9,11 129:6 132:16,18,23 136:15,18 146:14 146:17 152:14 159:21 160:2,3,6 160:7,20 161:19 166:16 170:12,15 171:19 174:15,19 185:8,10,11,14 186:15 191:25 192:4,16,18,19,22 192:25 193:3,4,7 193:10
**awful** 158:5

**B**

**bachelor's** 4:17
**back** 13:17 23:2 37:5,8 44:12 64:4 75:20 77:10 94:10 106:23 107:9 110:22 116:2 120:18 134:15 136:6 141:4 143:12 146:8 162:15 163:11 169:24 178:2
**background** 4:14 6:9 49:2
**backup** 157:22
**bank** 6:9,16
**bankruptcy** 6:9
**bare** 185:24
**Barr** 25:19,23 26:4 27:3,6,11,12,19 34:4,4,10 136:10 144:23 186:16
**barriers** 85:7
**based** 16:17 17:3 20:15,18 22:5,7,8 22:25 23:12 24:5 24:10 30:6 35:7 41:21 54:3 78:25 105:16 108:24 119:19,23 123:12 123:15,21 129:9 130:16 132:24 133:18 137:2 145:7,8 156:17 168:19 169:20 174:2 183:23 191:24 192:13
**basically** 192:14
**basis** 37:25 98:10 104:24 131:24
**batch** 152:9
**Bates** 139:14
**beat** 63:14 64:4,5 64:19 65:4,12 90:20,25 122:17 123:18 138:18 156:11 168:23
**beaten** 124:17 153:9
**beats** 125:4
**becoming** 106:16 106:25 111:10
**began** 95:12 140:6
**beginning** 7:3 45:6
**begins** 88:15
**behalf** 1:16 3:2 31:19 104:20
**behaved** 139:6
**behaves** 66:7
**behavior** 20:10 21:13,19 22:12,23 42:8 101:24 124:22
**believe** 11:7,11 17:20 22:5 23:15 23:16 29:7 31:18 42:13,14 46:5 47:11 49:21 51:21 52:11 53:3,8 55:8 55:13 60:2 63:24 65:5 71:25 73:10 76:10,14 80:8 81:15 82:18,21 86:21 87:10,13 88:2 91:24 92:12 92:19 94:18 100:24 101:13 106:4,17 113:18 117:18 118:10,17 119:4,19,24 122:12 123:3 125:4,9 128:7,8 128:12 130:15 132:11 133:3 134:21 137:15,17 138:3 140:11 142:20 143:13 147:23 149:16 157:12,13 158:2 159:23,25 164:14 165:2 167:14 169:22 173:24 175:13 184:15 186:18 188:19 189:2
**believed** 44:13 121:10
**believes** 22:2
**belonging** 171:16
**benchmarked** 153:7
**beneath** 121:25 148:12 152:25
**Benedetta** 1:19 3:4 196:3,19
**benefit** 64:20,23
**best** 17:19 43:9 81:13 108:22 125:3,5,17 144:25 159:11
**better** 44:17 65:2,2 122:24
**bid** 62:21 63:11,19



63:20 65:5 66:2 66:12,15,25 67:4 67:8 68:7,9,14 69:18,22 76:10,10 76:15 77:4 87:20 121:24 124:7,18 124:18
**bidders** 127:18
**bidding** 162:10
**bids** 121:10 127:20 127:24 128:3,4,6 128:11
**big** 79:9 93:24 168:20
**biggest** 172:13
**bit** 4:14 27:15 28:16 49:2 103:15 168:24
**blanket** 167:12,19
**block** 117:13
**blood** 196:13
**blurt** 16:2
**bmk@stevenslee....** 2:20
**board** 97:20
**body** 99:13
**bogus** 180:13
**bold** 154:19
**bonus** 192:6,8,10 192:17,20,23 193:2,5
**bothered** 190:8
**bottom** 32:9 45:3 79:20 84:25 118:12
**bought** 27:11 127:6
**BRAD** 2:19
**branded** 42:16,19 44:15 93:4 106:7 106:12 161:25 163:21 170:18 171:22 185:9
**break** 3:18
**brief** 67:22 103:22 167:3
**briefed** 87:11 101:8
**briefly** 133:13
**bring** 70:5 99:4 138:25 141:4 160:12 165:6 187:12,12
**bringing** 34:23 37:23
**brochure** 161:17
**brought** 10:22 18:24 23:4 28:25 36:21 54:7 77:18 96:5,24 99:15 100:22,23 101:7
**Brynhill** 3:9
**build** 76:20
**built** 28:18
**bullet** 14:8,12,20,25 15:5 20:7,15,19 20:24 21:11,16,25 32:13 35:21 63:3 107:10 109:5 133:12 135:8 138:4,7
**Bureau** 5:13
**business** 9:7 12:4 13:23 32:20,23 37:12,14 56:20 60:24 73:18 94:24 95:8 96:12 98:25 125:5 156:16 161:3,8,10,22 162:13 188:24 191:16
**businesses** 102:6
**buy** 127:9

**C**

**C** 2:1 3:2 196:1,1
**calendar** 12:10 73:5
**call** 11:9 54:9 65:23 87:11,13 95:6
**calls** 178:17 184:19 184:21
**caption** 52:10
**capture** 41:25
62:15
**captures** 145:11,12
**card** 6:16
**care** 73:18 126:3
**career** 43:8
**careful** 152:9
**case** 1:4 3:13,15 10:24 11:6,20 28:3,18 32:23 39:24 57:2 64:7 65:10,25 66:8 67:7,14 97:2 101:10 156:8 161:2 166:2 173:24 180:19,21 182:2 185:25,25 187:13
**case-by-case** 131:24
**cases** 5:20 6:3,23,25 187:11 188:2
**cash-flow** 50:15 54:8 56:16 170:21 171:3,5
**category** 125:10 173:11
**Catskill** 52:5
**cause** 6:18 15:3 44:19 125:10 158:6
**caused** 30:16 94:23 110:14 158:5 191:23
**causes** 187:25
**causing** 94:2 154:2
**CC'd** 78:4
**CDA** 36:5 61:19 107:13,14 112:17 113:11,15,16,20 113:21 114:21 115:24 116:17 135:19 136:9 142:10 145:21 146:9 147:2,3 158:2,3 160:9,14 160:19
**CDAs** 144:23
**cell** 110:21
**CEO** 30:20 110:5 119:17 128:25 145:24
**certain** 13:2 23:4,4 36:24 38:5 43:16 44:15 52:21 62:13 64:9 89:9 93:11 124:17 129:21 163:24 167:13 170:7 187:12
**certainly** 97:14
**certify** 196:5,12
**chain** 96:7 145:12
**chalking** 27:15
**chance** 130:22,25 132:6 133:22 154:21 177:13
**change** 38:12,23 53:9 167:21 197:7 197:9,11,13,15
**changed** 53:22 54:2
**changes** 87:14
**changing** 168:7
**characterization** 67:17
**characterize** 126:13,18 171:4
**charge** 30:9 41:8,11 41:14
**charges** 152:19
**chart** 84:7
**check** 91:23 110:21
**checks** 113:2
**choose** 138:17
**chronological** 142:8
**chronology** 114:4
**circle** 122:10
**circled** 122:16 169:17
**circling** 81:7
**circumstance** 32:17
**circumstances** 13:22 159:15
172:7
**circumvent** 89:7
**circumventing** 89:4
**cited** 149:3
**citing** 124:16
**civil** 1:17 4:10,13
**clarification** 114:15
**clarify** 188:17 190:19
**clear** 38:19 40:5 43:2 85:6 88:6 120:10,19 134:16 134:19 150:8 154:11,14 155:21 170:20 183:14 184:3
**clearly** 122:4 127:14 143:24 156:14 162:13 163:24
**Click** 99:4
**client** 98:10 166:25
**clinical** 106:12
**Clinigen** 148:21 153:13,14
**close** 140:7
**code** 87:24
**collar** 6:8,13
**colleagues** 50:12
**college** 139:23
**collusion** 49:21 68:5 69:2 70:7 76:15 155:4
**come** 21:5,7 28:10 53:13 64:11 72:23 92:22 95:7 99:7 99:22,24 101:17 139:21 150:22 160:25 178:25 180:7
**comes** 64:4 93:13 93:20
**comfortable** 39:2 39:19,21 43:25 150:23
**coming** 16:2 22:23



51:6 98:15,16 123:9 125:8 163:15 170:22
**command** 96:7
**comment** 63:14 122:14 149:15 189:15
**commentary** 187:18 188:3,6,12 188:18
**comments** 113:19 149:6 179:5
**commerce** 65:3
**commit** 177:24
**common** 92:14
**communicate** 107:4
**communicated** 73:15 179:9 189:3
**communicating** 64:2 116:4 156:21
**communication** 28:21 31:18 57:4 66:11
**communications** 76:21 77:2 99:18
**communicator** 111:8
**companies** 64:22 74:25 76:8 102:21 172:16
**company** 35:25 38:15 39:21 40:6 97:5 109:10,11,12 117:8 150:6 160:5 176:24 192:6 193:2,5
**compared** 153:13
**competing** 176:25
**competition** 49:16 65:13 123:22
**competitive** 123:22
**competitors** 64:13
**competitors'** 127:15
**compiled** 50:20
**complaint** 98:11,18
**complaints** 180:7
**completed** 45:17
**complex** 22:19,20
**compliance** 23:5 29:2 98:25 130:16 156:21
**comply** 40:8
**comprehensive** 134:8
**comprise** 176:12
**comprised** 157:24
**conceal** 107:17 111:3,6 114:22 118:21 119:5,25
**concealed** 104:13 106:18,20,21
**conceals** 88:20
**concern** 30:17 101:22 110:14 123:24 124:5,7,19 125:11,14 126:11 150:17 155:2,8
**concerned** 124:25 128:2
**concerning** 186:12
**concerns** 77:3 81:12 126:2,4 133:5,11,19,21,21 170:22
**conclude** 90:4
**concluded** 92:24 190:24 193:16
**conclusion** 21:5 22:8 29:20 47:11 53:25 70:15 92:18 92:22 101:17 129:25 143:14,17
**conclusions** 47:7,23 87:18,22,23 88:7
**conduct** 10:25 24:4 35:3 36:14 60:24 62:11 87:24 96:21 103:10
**conducted** 12:15,18 28:17 72:10 105:17 148:23
178:9 179:20
**conducting** 69:20
**confidential** 24:12 34:22 52:25,25 53:25 54:25 55:25 56:25 57:25 58:25 59:25 60:25 61:25 62:25 63:25 64:25 65:25 66:25 67:25 68:25 69:25 70:25 71:25 72:25 73:25 74:25 75:25 76:25 77:25 78:25 79:25 80:25 81:25 82:25 83:25 84:25 85:25 86:25 87:25 88:25 89:25 90:25 91:25 92:25 93:25 94:25 95:25 96:25 97:25 98:25 99:25 100:25 101:25 102:25 103:25 104:25 105:25 106:25 107:25 108:25 109:25 110:25 111:25 112:25 113:25 114:25 115:15,25 116:25 117:25 118:25 119:25 120:25 121:25 122:25 123:25 124:25 125:25 126:25 127:25 128:25 129:25 130:25 131:25 132:25 133:25 134:25 135:25 136:25 137:25 138:25 139:25 140:25 141:25 142:25 143:25 144:25 145:25 146:25 147:25 148:25 149:25 150:25 151:25
152:25 153:25 154:25 155:25 156:25 157:25 158:25 159:25 160:25 161:25 162:25 163:25 164:25 165:25 166:25 167:25 168:25 169:25 170:25 171:25 172:25 173:25 174:25 175:25 176:25 177:25 178:25 179:25 180:25 181:25 182:25 183:25 184:25 185:25 186:25 187:25 188:25 189:25 190:25 191:25 192:25 193:25 194:15,25 195:25 196:25 197:25
**confidentiality** 24:20 25:2 26:4,5 29:16 30:17 31:7 44:6 87:6 97:19 107:19 108:9 114:24 115:19 194:6
**confirm** 112:2
**confirmation** 169:12
**conflict** 18:23 33:2 33:16 36:13,17,20 37:4,10,20 44:3 60:23 96:22,25 97:3 100:21 144:21 150:25 156:17 158:13,24 158:25 159:16 178:4,12,16 179:8 179:17,21 180:19 181:11 182:2,17 183:13
**conflicts** 32:19
159:6 180:11,15
**confuse** 98:5
**confused** 37:11 98:3 171:6
**connection** 121:10
**cons** 155:18
**consider** 52:3 57:25 90:16 111:5
**considerable** 80:9 133:5,11
**consideration** 173:16
**considered** 78:21 168:10
**conspiracy** 64:17
**construed** 74:22 75:14,15
**consulting** 8:14 9:23 102:5
**consummated** 127:10,13 128:19 128:20
**contact** 16:14 85:13 116:3
**contacted** 11:4
**contacting** 16:11
**contained** 35:8 100:14 110:16
**contention** 64:6,25 75:21 172:19,20
**contingent** 9:24 95:17 96:23 97:8
**continually** 77:18
**Continuation** 112:12
**continue** 61:18 80:21 122:23
**continues** 45:7
**contract** 96:18 103:18 175:6
**contractor** 9:24 10:6
**contracts** 95:20 131:24
**contradictions** 155:24 156:2



**contributed** 55:22
**control** 171:25 172:8
**controlled** 177:7
**controls** 89:10
**conversation** 14:9 16:14 23:13,20 72:6 81:12 191:10
**conversations** 27:23 80:23 128:9 162:8
**convinced** 65:25
**coordinating** 116:4
**copy** 45:19 85:23 136:14 183:25
**copyright** 6:15
**corner** 43:14 44:13 44:17 74:23 75:16
**cornered** 93:2,3
**cornering** 93:11
**corporation** 102:20
**corporations** 102:21
**correct** 6:20 8:23 13:2 14:6,7 17:5 20:2 21:6,24 25:20,25 31:9,10 45:23 48:18 51:11 51:15 54:14 64:20 64:21 70:13 71:12 71:13,15 74:5,12 80:10,14 82:14 85:17,19,21 88:3 91:6,10 93:23,25 94:16 95:10 97:17 97:19 99:7,8,11 100:10 109:3,18 113:23 114:6 115:20 119:25 123:4 130:18 131:17 133:2 134:11,20 135:19 136:16,23 137:6 138:2 140:16 141:20,21 142:11 145:3 152:14 162:24 163:13 166:5,8 167:25 171:22 172:5 173:18 174:18 175:18 178:21 181:12 187:4,5 189:4
**corrected** 90:2
**correction** 4:5
**corrections** 197:2
**correspondence** 45:13
**cost** 149:25 151:17 151:23 152:20
**counsel** 61:2 135:4 154:12
**counted** 24:6
**couple** 43:14 93:14 98:19 179:22
**course** 20:25 30:21 34:21 43:8 60:25 86:17 96:12 109:20 118:2 123:14 155:6 161:20 162:19 165:12 177:19 182:21
**courses** 49:9
**court** 1:1,19 3:6,9 196:3
**covered** 175:21
**Cramer** 86:25 131:5,11 132:7
**cream** 185:8
**create** 129:3 163:5 172:18
**created** 37:4 52:8 59:23 174:4
**creates** 88:19
**creating** 36:20 37:10,19 74:24 76:7
**credible** 149:7,14 150:11
**credit** 6:16
**crimes** 6:13
**criminal** 4:13 64:15
**crisscross** 110:21
**curiosity** 104:21
**curious** 104:18
**current** 144:20 167:12
**currently** 34:7
**cut** 113:8

**D**

**D** 194:1 195:1
**damage** 94:23
**damaged** 59:17 151:16
**data** 184:22
**date** 13:8 24:19 32:5 44:24 46:13 47:19 58:10 61:21 62:5 73:23 79:15 104:5 115:15 116:10 117:23 121:7 130:10 139:12 142:5 158:11 166:22 169:5
**dated** 13:9 32:10 46:22 47:20 80:13 81:23 84:4 107:19 114:25 120:8 122:11 131:19 132:12 136:5 140:4 142:7 147:13,17 158:14 159:24 167:6 194:5,9
**Dawood** 107:3 119:20 130:5 142:15 182:20 183:3
**day** 64:18 75:2 193:22 197:18
**days** 56:8 58:6,9,10 58:16 89:11,13,16 165:22 168:7,17 168:18,22,23 170:11 175:24
**deadline** 168:24
**deal** 43:9 79:9 127:10,13 128:18
**dealing** 13:24 17:5 92:14 150:18,23 177:5 178:11 179:8
**dealt** 16:10
**Dearborn** 158:16
**Debbie** 132:11 133:6,23
**debited** 56:17
**Deborah** 131:2,3 134:18
**Deborah's** 134:8
**December** 46:23 95:12 97:14 120:9 140:4,8,10
**deceptive** 146:3
**decided** 132:19 174:21
**decision** 71:6,7 132:20 157:6 173:13
**dedicate** 60:20
**deducted** 56:10
**deductions** 56:19
**Defendant** 1:8,16 2:15 3:3
**define** 85:7
**defined** 85:5
**definitely** 43:13,15 104:21 162:10
**degree** 4:17 17:6 31:3 43:14
**degrees** 4:24 49:5,7
**deleted** 151:13
**deletions** 197:3
**deliberately** 185:22
**delivery** 148:17 149:11,21 151:6 151:11,20
**Deloitte** 97:7
**deny** 137:6
**department** 8:10 8:22 9:14 16:16 32:20 79:9 82:24 98:9 139:22
**departmental** 186:12
**departments** 36:21 113:6 116:5
**depending** 149:12
**depiction** 15:12
**deposed** 38:17
**deposition** 4:5,6 140:25 141:5,7,8 141:10 147:14
**depositions** 4:10
**derogatory** 54:10
**describe** 17:25 49:17 50:4
**description** 5:15 194:3 195:4
**design** 105:19
**desire** 50:13
**detail** 58:24 103:16
**detailed** 144:15
**determination** 22:25
**determine** 26:11 33:4,24 169:18 190:9 191:5
**determining** 17:18 18:3,12 20:5 21:23 145:7
**detriment** 64:12
**develop** 106:6
**developed** 78:15 185:9,19 192:11
**development** 188:9
**diary** 62:17
**diclofenac** 127:7
**different** 4:12,12 18:5 34:24 43:7 50:23 93:14 113:6 125:10 145:11,13 155:17 157:25 164:3 170:23
**differential** 79:24 81:16
**difficult** 15:6 17:11

MAGNA
LEGAL SERVICES

17:18 18:5,12 19:13 20:5 21:22 145:6
**difficulty** 16:7 22:2
**diligence** 18:8
**diminishes** 105:21
**direct** 8:25 101:6
**directed** 155:3 160:16
**direction** 101:3
**directly** 92:14 156:24 161:8
**director** 7:10 9:2,4 34:3,12 42:14 46:3,6 80:7,11 82:18 106:4 130:15 160:8 182:16
**directs** 57:5
**disbursed** 50:2
**disciplinary** 7:22
**disciplined** 186:23
**disclose** 29:6 37:17 37:21 107:20 108:7,15 109:6,7 110:2 181:11 182:22
**disclosed** 18:21 20:13 31:4 32:22 36:18,24 110:11 182:17
**discloses** 157:2
**disclosing** 121:10 123:2,8 181:3
**disclosure** 15:7 24:12 31:16 144:5 145:12 156:23 178:6,15
**discontinued** 94:20
**discovery** 191:22
**discuss** 78:7 105:10 115:22 129:20 138:21 154:21 183:16
**discussed** 131:15 156:13 167:24 183:14
**discusses** 159:3
**discussing** 94:11
**discussion** 21:3 23:12 80:19 84:23 134:4 155:20 185:5,7
**discussions** 22:9 129:7 155:15 184:4 185:18
**disengagement** 7:21
**disguise** 42:7
**distributor** 57:22 92:8 153:24 154:2 154:6 170:6 171:15 172:3,3 175:5
**DISTRICT** 1:1,1
**division** 5:21,25
**document** 13:6,13 14:15,23 23:12 24:15,17,24 25:9 25:10,17,23 26:15 26:15 27:7 28:8 30:23 32:3 40:23 44:22 47:17,25 48:16 62:3,8,10 73:21,25 74:4,11 76:5 79:13 104:3 110:9 114:2,11 115:6,11,13 116:8 117:11,15,21 120:8,18,20,21,25 121:5 130:8 133:14,17 136:4,7 138:25 139:10 142:3 146:18 147:7 158:9,19,21 158:23 164:21 166:20 169:3,9
**documented** 46:20
**documents** 12:19 12:22 13:2 23:9 24:10,22 25:6 27:12 29:24 30:4 30:5,19,24,24 81:4 95:21,22 101:7 103:19 110:8,16 112:15 112:21 113:11 116:14,16 117:4 119:15,16,20,22 119:24 120:3,5 129:7 135:3 136:25 143:23 145:21 146:7,24 157:22 158:4
**doing** 37:13 65:15 95:19 127:3
**dollars** 171:15
**donated** 52:12 172:16
**doubt** 116:20
**Downing** 183:6
**draft** 86:4 131:23
**drafted** 13:17 86:3 86:19
**draw** 53:25
**drug** 122:3 127:5 148:9 161:25 163:21 185:9
**drugs** 38:5 42:16 42:19 44:15 52:19 106:7,12 124:10 124:12 125:8 148:11 149:5 161:18 163:25 170:18 171:22
**due** 18:7 20:17 189:19
**duly** 3:3 196:8
**duplicate** 62:15
**duplicated** 103:14
**duty** 159:11,12
**Dwayne** 80:2,3 81:10 139:15

**E**

**E** 2:1,1 3:2 194:1 195:1 196:1,1 197:1
**earlier** 5:8 31:7 33:23 40:13 67:6 76:9 88:2 91:10 95:16 105:14 106:3 110:23 113:4 119:23 120:2 121:9 123:16 135:18 136:13 144:8 159:19,20 160:8 167:24 169:24 178:19 180:23 181:17 188:10 190:7
**early** 106:23 108:7
**Eastern** 6:17
**edification** 11:22
**education** 4:16 49:10 170:14
**effect** 41:7 46:14 57:10 167:14
**effort** 17:23 30:13 103:15 116:4
**efforts** 17:25 62:15 105:22
**eight** 27:11 152:19 157:9 168:22
**eighteen** 186:16,19 186:24 188:8
**either** 34:13 54:17 56:16 72:25 82:22 86:2 166:12,14 183:14
**elaborate** 49:17
**Elaine** 34:11,16 35:6 71:4,21,25 183:16,20 186:18 186:20 187:16 189:5
**electronic** 91:24
**eliminate** 76:21
**else's** 154:10
**email** 10:2 12:3 20:14 23:2,9 24:6 25:7 28:15,19,21 30:6,21 31:15,21 32:10 33:22 34:25 35:9 36:8 40:13 40:24 45:3,6,10 46:22 50:25 52:7 55:9,23 56:14 57:4,11 63:22,23 64:2 65:16 66:11 73:23 75:6,25 77:2,6,20,21,23 77:25 78:4,5,8 79:15,18,20 80:2 80:13 81:2,10,17 81:22 82:11,13 83:15,19,20,24 84:4,13,17,25 85:2,4,17,20 88:19 89:2,8 91:10 93:21 99:5 99:23,25 100:15 104:10 105:16 107:18 114:24 117:2 122:10,12 122:15,18 123:2 123:10 126:23 127:16,19 131:19 131:19,21 132:13 132:25 133:8,12 133:18,20 134:7,8 134:18 137:3 138:9 139:12,14 139:15,17 141:16 142:7,16,20 143:2 144:8 145:2,8,12 147:13,17,21 154:10,14 157:5 159:23 161:21 163:6,7,24 166:7 166:22 167:6,11 168:16 169:5,20 172:20 181:3,18 191:22,24 194:12 194:13,20,23,24
**emailed** 29:5 136:12
**emailing** 104:19
**emails** 11:23 12:6

MAGNA
LEGAL SERVICES

13:2 28:10 29:23 30:3,24 31:12 32:5 40:17 41:22 41:24,25 43:15 44:24 48:24 52:7 53:19 54:3 57:7 60:7 79:25 80:20 80:20,24,25 82:4 89:6 91:8,20 93:14 96:15 100:17 103:12 104:5 110:20 113:5,10 121:7 123:12 130:10 132:19 137:3 142:5 145:6,7 152:15,22 155:7,7 155:10,11,13,25 157:14,19,25 162:3,4,7 166:15 170:13,14,21,25 171:9,9 173:4,5 176:7,11 194:7,8 194:14,18,19,21
**emanating** 162:24
**employed** 9:22
**employee** 8:4 9:19 9:21,25 20:9 30:7 36:15 37:13,20 41:4 64:7,19 65:7 65:10,10,14 72:20 77:15 99:10 100:25 123:18 124:24 125:7 128:24 159:10 186:16 187:15 188:20,20,23 189:13 191:6,16
**employee's** 39:20 187:20
**employee-owned** 35:24
**employees** 18:22 19:5,24 20:14 22:10 23:5 26:19 31:22 33:5,8,10 38:4,14 42:5 73:11 87:11 96:18 99:14 106:15 111:9 113:6 116:5 130:17,20 142:15 143:3,7,25 144:18
**employees'** 145:3
**employer** 98:3
**employment** 5:12 7:16,22 70:17 73:2 74:21,23 75:10,16 117:23 118:4 159:3,4 189:6 190:5 191:17 194:17
**enabling** 94:4
**endorsement** 28:7
**enforcement** 64:9 76:12
**engaged** 7:25 68:4 69:9
**engagement** 32:15 33:25 34:15
**engages** 124:12
**engaging** 21:12 22:11 69:13 111:9
**engineer** 84:8
**English** 16:22 17:2
**enrolled** 95:23
**entire** 90:17 116:24 156:22
**entirety** 117:4
**entities** 64:9 125:16
**entity** 125:16
**errors** 90:2
**especially** 112:16
**ESQ** 2:8,11,19
**essentially** 27:6 36:19 43:10
**established** 89:4
**Estrace** 52:12 53:4 63:25 153:19,20 169:13,14,22 170:24 174:3 185:8
**ethical** 124:22
**Eugene** 24:13 30:18 40:22,24 41:21 107:16 114:21 119:14,22
**event** 121:12 174:16 175:17
**events** 114:4
**eventually** 59:10
**evidence** 35:8 135:25 181:6
**evolved** 182:2
**exact** 15:17 37:22 113:17
**exactly** 41:5 84:6 100:17 126:22,24 186:20
**examination** 1:15 3:11 25:7 112:12 193:15 196:8
**examined** 3:5
**example** 15:20 63:18,19 78:14 153:14,17
**examples** 16:6 17:22 149:3
**exceeding** 96:17
**Excel** 52:8
**exception** 35:3 64:10 89:12
**exceptionally** 70:3
**excess** 78:21
**exchange** 22:13 66:5,22 79:18 80:22 90:24 122:4 122:6 123:12 127:2,4,16 142:21 145:11 147:22
**exchanges** 127:14 157:6 169:20
**executed** 30:5 45:19 95:20
**executives** 36:25
**exhibit** 13:7 24:18 32:4 44:23 47:18 62:4 73:22 79:14 79:17 103:25 104:4,8 107:9 113:24 114:17 115:14 116:9,22 116:24 117:22 120:22 121:6,14 130:9 131:8 134:7 139:11 142:4 147:11 158:10 166:21 169:4
**Exhibits** 194:2,25
**exist** 39:13
**existed** 70:7,8,8
**exists** 33:19 85:25 86:21
**experience** 22:18 91:12 92:13 156:17
**expert** 39:16 118:16 120:14 152:12
**explain** 55:6,8 56:4 56:7 63:20 185:19
**explained** 37:24 66:4 72:4 170:9
**explore** 124:4
**exposure** 175:14
**Express** 52:5
**expressed** 28:11
**extensively** 90:24
**extent** 124:2
**external** 35:24

**F**

**F** 196:1
**face** 65:13 154:19
**facilitate** 160:18
**facilitates** 168:4
**fact** 16:17 43:17 50:13 59:5,6,7,8 64:5 78:24 94:7 96:11 111:24 143:24 157:14 169:16 172:24 175:15
**facts** 39:12
**failing** 20:17
**fair** 6:24 21:2 29:15 41:12 64:14 65:13 77:4,5 100:20 115:18 118:19 123:6 142:9 156:20 157:7 158:25 165:25 174:10 181:11 191:2
**fairly** 60:25
**false** 50:12,16,18 56:21,23,24
**familiar** 13:12 14:23 46:24 57:22 61:19 62:8 73:25 74:11,14 75:5,6 113:15 116:13 117:4,5 133:14 147:21 152:4 155:10,13 157:17 158:17 165:15 169:25 191:25 192:10
**far** 36:13 46:19 62:16 79:5 87:19 148:6 180:12
**fast-moving** 154:4
**favorable** 153:8
**FBI** 5:24 6:20 49:3
**FDA** 75:2 78:25 79:5 94:25 185:12
**February** 7:13 13:9 13:17 19:23 23:3 31:3 42:8 61:22 61:23 106:23 136:5,10,25 142:10 143:22 145:16 194:5
**federal** 1:17 5:9,13
**fee** 174:18,21
**feel** 39:2 43:24 112:16
**feeling** 89:24
**feelings** 23:25 43:18
**fees** 174:19

**felt** 19:2 44:2 59:23 60:8 66:5 150:23 189:18
**field** 75:2
**fifteen** 56:8 58:6,9 58:9,16 170:11
**fifteen-day** 56:12
**figure** 18:6 27:5
**figuring** 18:20
**file** 79:5 177:17 179:16,25
**filed** 78:24 185:12
**files** 187:7
**filled** 40:16 120:5
**final** 36:6 47:12,14 47:19 54:13 87:6 88:11,12 115:23 168:21 194:9
**finalize** 88:25 90:5 90:9
**finally** 20:13
**finance** 45:18,20 104:20 107:5
**find** 12:14 17:23 57:7 123:12 138:18,21 140:22 140:23 149:6,14 150:10 161:20 162:20 180:16
**findings** 87:5
**fine** 48:8 57:8
**finish** 15:21,25 69:12 96:2 102:8 102:9 105:12
**finished** 23:18 71:23
**firewall** 76:20
**firm** 2:10 5:2,5 9:23 135:4 136:3
**first** 3:3 19:21 21:16 31:18 45:7 46:11 62:19 74:19 79:5 82:2 84:18 114:2 131:20 135:8,25 147:24 148:3 153:6 156:6 158:3 159:6,9,16 159:24 169:11
**fit** 9:11
**five** 50:22 59:3 95:6 96:13 109:24 157:25 172:15,21 172:25 176:9 178:2
**flags** 101:4
**flies** 65:12
**Floor** 1:10 2:5,16
**folks** 100:16 104:19 107:4
**follow** 33:24 73:17 131:20
**follow-up** 143:9
**followed** 12:2 73:14
**following** 14:2 56:22 73:11 85:12 197:2
**follows** 3:5 85:4
**Force** 6:6
**forensic** 24:5 28:19 191:21
**forget** 9:18 127:4
**forgot** 41:5
**form** 10:17 17:13 19:14,16 21:15 26:22,23 28:14 29:18 33:2,5,17 33:19 39:8 40:11 40:15,19 42:24 44:9 45:17,20,21 45:24 46:12,19 49:11 58:8 60:12 86:11,12 91:9,17 91:23 95:2 98:13 99:22,25 103:4 106:8 107:19 108:10 109:2 111:12,14,18 113:12 114:25 115:6,16 117:5 118:14,22,23,25 119:7 133:7 136:15 137:4,7,21 150:12 151:24 157:16 161:9 165:23 181:5 184:2,7,8,9 188:14 190:11 194:15
**formal** 30:4
**former** 30:7
**formerly** 34:4
**forms** 42:5
**formulated** 78:25
**forth** 31:14 37:23 42:6 94:10 104:20 152:10,17 162:15 163:11 187:19 196:8
**forty-five** 11:17,18
**forward** 52:25 155:23
**forwarded** 78:5
**found** 15:6 18:5 19:3 33:23 60:24 127:19 128:13 155:25 163:23 181:17 191:22
**four** 5:18 95:6 96:12 125:13 130:2 157:25
**fourteen** 5:24
**fourteenth** 63:2
**fourth** 62:24 107:10 114:20
**frame** 105:13
**frankly** 68:16
**fraud** 6:9,9,10,10 6:10,16,16,16
**free** 112:16
**Frenkel** 24:14 30:18 40:25 41:2 41:18,21 107:16 114:21 163:5,18
**Frenkel's** 40:22 119:14,22
**friendly** 50:23 51:22,23 52:3 55:11 57:9,25 59:3,8 75:21 93:2 93:8 172:15 176:9 176:15,20,22
**friends** 51:4,6,7 172:25
**front** 12:19 108:4 122:21
**fulfill** 55:22
**full** 192:17
**full-and-open** 76:22
**full-time** 99:14
**further** 19:15 193:12 196:12
**future** 167:18

**G**

**G-R-E-G-G** 5:7
**gain** 85:9
**gathering** 188:11
**general** 18:4,13 39:25 70:12 95:21 126:23 159:5,17 162:17 164:5 186:5
**generally** 34:20 46:24 74:14 80:12 117:7
**generated** 113:10 164:22
**generic** 74:25 76:8 76:24 78:15,18,24 79:2 185:9,15
**generics** 79:5 106:6 186:8,13
**gentleman** 187:17
**germane** 58:23 60:22 124:5 179:19
**gestures** 3:20
**gesturing** 61:14,17
**getting** 15:9 16:7 16:18 50:22 56:16 88:21 120:18 148:4
**gist** 156:11
**give** 15:20 16:6 17:22 36:6 93:15 115:5 153:5,8 172:11 188:3
**given** 11:6,20 20:16 67:14 100:3 101:3 148:2 157:12 177:16 192:2 196:10
**giving** 35:2 39:25 144:16
**global** 82:19,23 157:7,8,10 173:10 173:20
**go** 4:19 10:18 21:17 22:16 37:14 45:2 47:8 48:2 61:21 62:24 63:2 65:19 71:25 72:21 73:8 79:6 84:8,20 89:15 102:13 126:17 134:15 136:6 143:12 146:8 150:16 163:23 170:6 173:20 176:25 178:2 180:12 181:7
**goes** 90:18 114:9 123:20 159:2 171:15
**going** 3:14 14:25 15:22 21:14 23:3 38:16 40:10 44:12 45:9 48:7 51:3 52:25 67:16 68:21 71:22 75:20 81:21 84:15 85:10 88:13 104:7 107:9 116:2 116:21 126:9 137:23 138:5 144:2 147:11 151:2 155:23 156:9 159:8 169:24 171:24 173:15,20 189:8



good 15:23 82:12 110:25 136:8 156:18 174:5
government 4:11 5:9,9
graduate 4:21,23
grammar 90:2
grand 4:12
great 112:4,7 153:13
greater 103:16
Gregg 5:6
group 87:11
guarantee 170:10
guess 18:7 45:2 63:18 86:25 115:8 162:17 163:4
guessing 72:19
guideline 159:5
Guidelines 159:17
Guy 130:12
guys 183:7,9
Gx 76:23

H

H-E-I-N-I-N-G-... 5:7
half 7:14,19 58:19
halfway 74:19
halt 132:21
hand 104:7 177:22
handed 158:4
handling 6:23
handwriting 62:20 118:16 120:14
handy 150:22
happen 22:10 39:11 94:4,5
happened 23:5 116:19 128:13
happening 44:4 50:22
happens 123:17 151:14
happy 141:16
hard 12:7 15:9 16:10,18 18:19 97:21 145:9
Haven 5:22 6:7
head 61:6 115:25
heading 109:23
headquarters 5:24
hearing 46:12
heart 60:17
Heininger 5:6
held 1:16,18 18:16 197:5
Hello 81:11 139:21
help 115:6,9
helped 44:19 90:2 149:4
helpful 119:11
helping 43:15 89:25
helps 115:4
Hera 52:4
hereinbefore 196:8
Hey 40:6 94:7 143:5 177:2 187:16
Hi 32:11 46:10 144:14
hiding 23:16
high 45:22 133:20
highest 4:15
highlighted 154:19
highlighting 90:15
highlights 90:13
hired 8:3 99:13
history 6:19 23:7 188:23
hold 50:6 57:12 67:20 75:24 81:24 153:15,25 166:24
holding 169:15
holes 40:14
home 71:22 72:2,21 73:8,10
Homeland 7:7,12
hope 98:7 154:7
hoped 76:19
Horsham 102:4
Hossain 30:8,13 41:13,18,21 51:2 51:2 54:18 55:24 55:24 56:15 72:11 72:14,16,25 101:23 104:17,18 104:19 105:25 106:19,21 107:3 107:17 108:8,13 108:17,19 111:8 113:5,10 114:22 116:2 119:20,21 129:23 130:5 135:17,22 136:4 136:24 142:15 145:20 146:4 160:10,13,17,18 171:2 172:20 182:20,20 183:3 183:20
Hossain's 104:16 107:18 111:16,17 114:24
hotline 98:23
hour 11:8
hours 70:2,3,11 150:20 175:20 182:7,10
household 97:6 140:19
HR 32:14,16 33:2 33:17,24 34:4,9 35:11 36:18 37:15 187:10,12 188:13 188:18,24 189:9 189:10
human 29:8 32:19 32:24 187:12
hundreds 30:24
hypothetical 38:20 39:3,5,11,18 40:2 40:11 119:8 128:22 181:7,9
hypothetically 37:12 187:14
hypotheticals 177:6

I

I.e 35:24
idea 9:22 37:15 38:3 42:4 110:25 154:8
identification 13:8 24:19 32:5 44:24 47:19 62:5 73:23 79:15 104:5 115:15 116:10 117:23 121:7 130:10 139:12 142:5 158:11 166:22 169:5
identified 53:11,14 66:18 165:18 190:18
identify 184:16
identifying 184:23
identities 17:21
identity 15:7
igniting 133:19,20
illustrates 122:4
illustration 124:21
illustrations 121:23
imagine 12:25 90:15
imagined 97:18
immediate 173:12
implemented 46:16
implicated 24:9 129:22
implicative 65:24 65:24
implying 92:19
importance 42:15 42:18,20 79:4 133:20 152:16 186:5
important 43:3,5 54:5 121:21 153:11 154:20,22
impression 21:22 119:5
impressive 49:4
improper 50:2
improperly 50:3,7
in-depth 60:25
inappropriate 168:8
included 27:3 181:23 191:9
including 162:3,5
inconsistent 40:17
increase 193:9
indicate 14:16 17:7 17:10 19:12 20:4 25:22 43:4,22 48:21 54:25 59:16 59:19,22 70:16,19 161:14 186:22 189:12,18
indicated 5:8 19:10 23:22 31:8 56:23 59:11 60:8 128:9 136:15 140:11 143:13 146:5 171:2 175:16 181:14 189:2
indicates 21:11 77:6
indicating 19:6 45:14 81:7
indication 18:14 20:16 29:25 122:7 157:12 159:25 190:4
individual 9:8
individuals 82:6 124:22
industry 91:13 152:6
infer 162:8 176:11
inference 123:7
influencing 144:20
inform 72:24 105:3 152:18 192:5
informally 141:12
information 14:2 14:10 19:11 20:18 22:3,22 35:2 49:3

MAGNA
LEGAL SERVICES

52:7 54:6 76:23 109:22 111:25 112:21,22,24,25 115:23 128:6,10 136:14 141:3,12 141:19 142:19 143:5 145:3 161:17 170:16,16 170:18 173:3 186:12 187:2
**informative** 178:3
**informed** 71:25 109:9 127:22
**initial** 113:13
**initially** 5:22 8:2,10 44:5 186:2
**initiated** 95:24 114:5 135:9,14,17 163:22 164:3 165:13
**initiation** 166:14
**initiative** 88:25 90:5,10
**input** 184:22
**inquired** 138:5
**inquiries** 96:6
**inquiry** 120:24 148:24 150:11,14 151:19 154:18
**insincere** 51:9
**insistent** 175:21
**instance** 6:15 176:24 187:14,21
**instincts** 23:25
**instructed** 72:21
**instruction** 15:24 19:15
**integrity** 9:7 99:2
**Intelligence** 7:11
**intent** 111:5
**intentional** 20:12
**interactions** 103:21
**interest** 18:23 23:17 31:23 32:19 33:2,17 36:17,20 37:20 44:3,8 60:23 96:10,11,22 96:25 97:3 100:21 106:24 107:18 108:20 110:3 111:4 114:23 144:22 150:25 156:17 158:13,24 158:25 159:11,16 163:24 178:5,12 178:16 179:8,17 179:21 180:12,19 181:4 182:2,13,18 182:23 183:13 190:5,9
**interested** 76:13 196:14
**interests** 36:14 159:12 180:15 189:20 190:12,13 190:17,21,24 191:5 192:3
**interfere** 159:12
**internal** 95:18 96:24 99:12
**interrogatory** 141:17
**interview** 11:3,12 11:15 12:15,18 16:25 22:7 28:17 31:9 35:6,6 40:5 42:25 54:6 67:12 69:5,21 70:3,6,16 70:23 71:14,22,24 72:10 73:6 87:3 87:12 105:17 109:18 125:2 129:24 130:22,25 131:3,5 139:2 148:23 156:7,9 182:21 185:18,23 185:24 187:17 189:8
**interviewed** 24:7 28:2 43:19,20,23 60:4 66:24 69:17 70:13 129:10,22 130:2 181:16 183:19 185:25
**interviewees** 180:25 185:24
**interviews** 10:25 11:19 24:4,9 26:10 35:3 103:10 105:16 129:8 173:4
**introduced** 102:23
**invalidate** 75:4
**inventory** 176:4
**investigate** 6:4 96:21 100:12 101:11 108:5 177:25
**investigated** 100:9
**investigating** 6:12 97:2
**investigation** 5:14 10:20 22:20 23:14 23:21 24:5 48:13 51:17 60:17,25 68:18,20 73:17 90:21 95:14,15 101:5,15,16,19,22 103:3,6,7,8,13 105:14,21 106:14 109:20 118:3 120:20 129:10 130:2 152:8 158:6 158:20 160:25 161:21 162:20 165:12 177:19 179:18,19,21 181:23,25 187:23 189:23,25 191:21
**investigations** 10:11,13 34:21 62:12 105:12 179:16 180:12,24 185:23
**investigative** 13:16 43:18 62:20 105:22 129:17
**investigator** 64:16 68:3 88:16,18 178:4
**investigatory** 62:6 109:23 194:11
**invoice** 45:13,14 151:3,5,10 163:9 164:24 165:4 174:4
**invoices** 53:12,15 151:20 157:20,21 157:25 163:11
**involved** 10:15,20 10:23 23:8 107:24 130:18 140:9 152:5 190:25
**involvement** 35:11 35:15,18 178:13
**involves** 125:6
**involving** 6:17
**Iqbal** 1:2 2:24 3:13 28:5 31:22 42:4,6 43:16 50:8,11 51:2 54:4,18 55:24 56:15 57:12 63:10,24,25 64:4 64:7,10 66:6,9 69:17 70:13 71:18 71:21,25 72:15,25 73:7 77:7,11,17 78:4,14 87:12 89:25 90:25 92:25 101:23 104:17 106:20 107:3,7,22 107:23 108:7,14 109:7,9,18 110:2 110:22 118:6,20 119:17 124:3,24 127:3,14 128:10 128:16 129:23 130:5 135:14 136:2,16,19 137:5 137:20 139:6 142:15 145:20 146:22 148:11 159:21 161:12,15 163:6,7 169:21 171:2 177:10 178:23 182:4,17 183:17,19,20 186:15,23 187:15 188:4,7 189:13 190:25 192:5 193:8
**Iqbal's** 30:19 43:14 52:7 78:25 81:2 88:19,25 90:5,9 98:10 110:20 118:18 119:3 162:3,4,6 175:21 177:14 179:9 185:20 192:3
**irresponsible** 70:4
**Israel** 12:21 83:4 130:16,20 156:22 157:10
**issue** 12:14 15:5 19:2 21:20 23:3 33:24 38:13 43:17 44:14,18 48:17,17 49:20,21,22 52:15 54:8 60:14,18,21 76:22 77:9 79:7 93:24 94:7 96:19 100:21 104:13 110:13 111:7 115:3 130:18 132:3,6 158:24 172:13,14,22 178:4 179:8 183:11,13 191:15
**issued** 91:16
**issues** 15:3 22:15 56:16 154:2 157:15 178:11 183:12
**italicized** 90:17 154:19
**items** 153:10

J

**J** 3:2
**jam** 156:5



**James** 1:15 3:1,8 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1,16,18 196:7 197:24
**Janet** 28:21,23,24 29:4,12 31:15 32:11 45:22,25 46:21 74:4 75:25 77:12 78:2,6,6 81:12 93:15 94:6 94:12 95:5 126:22 132:25 167:7 168:11 181:19
**January** 13:25 23:2 31:2,20 42:8 106:24 136:25 143:22
**Jim** 3:12 13:12 24:22 48:6 79:17 167:6
**job** 5:15 9:18
**John** 100:25
**joined** 64:11
**Joint** 6:6
**Joshi** 77:13
**July** 13:23 131:19 132:12,14 133:4 155:17 158:14
**June** 23:6 77:8 80:13 84:5 85:14 94:9,13 95:10 126:23 132:21,25 133:2 155:20
**junior** 94:10
**juries** 4:12

**K**

**K** 3:2
**Kathleen** 9:6
**keep** 34:21 51:4 55:4 62:14 108:4 116:2 176:4 180:24
**kind** 18:9 46:21 153:5
**kinds** 64:22
**knew** 27:22 29:7,10 40:6 55:9 101:24 104:17 110:11 119:3,16 136:2 156:16,18 159:21 189:7
**know** 9:8,10 10:7 11:3,4,9,10 12:20 15:17,21,25 16:11 16:19,21 17:2 19:18 22:19,19 23:15 26:3,7,14 26:24,25 27:4,10 29:9 34:3,9,11 36:15 38:6 40:20 40:22 42:12 45:20 45:25 46:3,20 48:23 49:3 50:5 55:20,21 56:14,18 58:22 59:14,14 60:20 61:10 63:8 71:7,8,19,20 72:3 72:9,18,22 74:4 79:25 80:3 82:15 82:25 83:5,10 84:11 85:15 86:6 86:18,24 91:8,20 91:22 92:5,7,10 92:16 93:17,19 94:14 95:3,4,5 97:4,21,22 99:17 99:21 100:6,8,17 102:19 105:2,7,8 107:23 108:14,19 110:3 111:22,24 112:18 113:4 114:8 115:25 117:3,16 119:12 119:13,14,19 123:21 124:2 130:12,13,14 131:22 132:20 136:19,20,22 137:11,14,23 140:7,13,14,18 142:18 144:21 146:12 151:7 157:8 158:19 161:6 162:13,15 164:16 173:22 174:7 180:3 182:4 182:7 183:3 189:21,23 192:13
**knowing** 19:13 85:9
**knowledge** 11:2 25:24 26:18 28:12 93:19 108:22 127:18 132:24 163:21 166:13 176:17 183:22 184:23 186:25
**known** 25:5 36:10 189:25
**knows** 61:2 65:10 65:11,11,12 125:8 127:14
**Kotecha** 52:4 176:25
**KUSHNER** 2:19 3:24 10:16 14:19 17:13,15 19:14 20:20 21:14 25:11 25:14 26:20,24 28:14 29:18 33:6 33:8,14 34:6 35:15,18 38:16,22 39:9,16 40:10 41:17 42:20,24 44:9 45:5,24 47:12 48:4,9,12 49:11 50:6 52:23 58:8 59:25 60:5 60:12 61:2,10,16 65:17 67:16 72:14 73:2 74:17 75:12 75:24 76:4 79:20 81:18,24 82:4,8 83:22,24 84:3,14 84:17 87:21 88:4 88:10 90:11 91:17 95:2 96:2 98:13 99:24 101:14,18 103:4 105:24 106:8 109:11 111:14 114:16 118:5,23 119:7 120:10,17,21 125:18,21,24 126:3,10,15 127:21,25 128:21 133:7,10 134:15 134:25 137:9,12 138:8 141:2,10 143:16 144:2 146:25 150:12 151:24 154:8,17 155:11 157:16 161:9,11 162:2,25 164:6,14,18 174:23 175:3,6,10 178:14 179:11 181:5 184:3,6,10 188:14 190:11,16 193:13

**L**

**L** 3:2
**Lab** 144:23
**Laboratories** 25:20 25:23 27:19 34:4 34:5,10 186:17
**Laboratories'** 26:4



52:7 54:6 76:23 109:22 111:25 112:21,22,24,25 115:23 128:6,10 136:14 141:3,12 141:19 142:19 143:5 145:3 161:17 170:16,16 170:18 173:3 186:12 187:2
**informative** 178:3
**informed** 71:25 109:9 127:22
**initial** 113:13
**initially** 5:22 8:2,10 44:5 186:2
**initiated** 95:24 114:5 135:9,14,17 163:22 164:3 165:13
**initiation** 166:14
**initiative** 88:25 90:5,10
**input** 184:22
**inquired** 138:5
**inquiries** 96:6
**inquiry** 120:24 148:24 150:11,14 151:19 154:18
**insincere** 51:9
**insistent** 175:21
**instance** 6:15 176:24 187:14,21
**instincts** 23:25
**instructed** 72:21
**instruction** 15:24 19:15
**integrity** 9:7 99:2
**Intelligence** 7:11
**intent** 111:5
**intentional** 20:12
**interactions** 103:21
**interest** 18:23 23:17 31:23 32:19 33:2,17 36:17,20 37:20 44:3,8 60:23 96:10,11,22 96:25 97:3 100:21 106:24 107:18 108:20 110:3 111:4 114:23 144:22 150:25 156:17 158:13,24 158:25 159:11,16 163:24 178:5,12 178:16 179:8,17 179:21 180:12,19 181:4 182:2,13,18 182:23 183:13 190:5,9
**interested** 76:13 196:14
**interests** 36:14 159:12 180:15 189:20 190:12,13 190:17,21,24 191:5 192:3
**interfere** 159:12
**internal** 95:18 96:24 99:12
**interrogatory** 141:17
**interview** 11:3,12 11:15 12:15,18 16:25 22:7 28:17 31:9 35:6,6 40:5 42:25 54:6 67:12 69:5,21 70:3,6,16 70:23 71:14,22,24 72:10 73:6 87:3 87:12 105:17 109:18 125:2 129:24 130:22,25 131:3,5 139:2 148:23 156:7,9 182:21 185:18,23 185:24 187:17 189:8
**interviewed** 24:7 28:2 43:19,20,23 60:4 66:24 69:17 70:13 129:10,22 130:2 181:16 183:19 185:25
**interviewees** 180:25 185:24
**interviews** 10:25 11:19 24:4,9 26:10 35:3 103:10 105:16 129:8 173:4
**introduced** 102:23
**invalidate** 75:4
**inventory** 176:4
**investigate** 6:4 96:21 100:12 101:11 108:5 177:25
**investigated** 100:9
**investigating** 6:12 97:2
**investigation** 5:14 10:20 22:20 23:14 23:21 24:5 48:13 51:17 60:17,25 68:18,20 73:17 90:21 95:14,15 101:5,15,16,19,22 103:3,6,7,8,13 105:14,21 106:14 109:20 118:3 120:20 129:10 130:2 152:8 158:6 158:20 160:25 161:21 162:20 165:12 177:19 179:18,19,21 181:23,25 187:23 189:23,25 191:21
**investigations** 10:11,13 34:21 62:12 105:12 179:16 180:12,24 185:23
**investigative** 13:16 43:18 62:20 105:22 129:17
**investigator** 64:16 68:3 88:16,18 178:4
**investigatory** 62:6 109:23 194:11
**invoice** 45:13,14 151:3,5,10 163:9 164:24 165:4 174:4
**invoices** 53:12,15 151:20 157:20,21 157:25 163:11
**involved** 10:15,20 10:23 23:8 107:24 130:18 140:9 152:5 190:25
**involvement** 35:11 35:15,18 178:13
**involves** 125:6
**involving** 6:17
**Iqbal** 1:2 2:24 3:13 28:5 31:22 42:4,6 43:16 50:8,11 51:2 54:4,18 55:24 56:15 57:12 63:10,24,25 64:4 64:7,10 66:6,9 69:17 70:13 71:18 71:21,25 72:15,25 73:7 77:7,11,17 78:4,14 87:12 89:25 90:25 92:25 101:23 104:17 106:20 107:3,7,22 107:23 108:7,14 109:7,9,18 110:2 110:22 118:6,20 119:17 124:3,24 127:3,14 128:10 128:16 129:23 130:5 135:14 136:2,16,19 137:5 137:20 139:6 142:15 145:20 146:22 148:11 159:21 161:12,15 163:6,7 169:21 171:2 177:10 178:23 182:4,17 183:17,19,20 186:15,23 187:15 188:4,7 189:13 190:25 192:5 193:8
**Iqbal's** 30:19 43:14 52:7 78:25 81:2 88:19,25 90:5,9 98:10 110:20 118:18 119:3 162:3,4,6 175:21 177:14 179:9 185:20 192:3
**irresponsible** 70:4
**Israel** 12:21 83:4 130:16,20 156:22 157:10
**issue** 12:14 15:5 19:2 21:20 23:3 33:24 38:13 43:17 44:14,18 48:17,17 49:20,21,22 52:15 54:8 60:14,18,21 76:22 77:9 79:7 93:24 94:7 96:19 100:21 104:13 110:13 111:7 115:3 130:18 132:3,6 158:24 172:13,14,22 178:4 179:8 183:11,13 191:15
**issued** 91:16
**issues** 15:3 22:15 56:16 154:2 157:15 178:11 183:12
**italicized** 90:17 154:19
**items** 153:10

J

**J** 3:2
**jam** 156:5



**James** 1:15 3:1,8 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1,16,18 196:7 197:24

**Janet** 28:21,23,24 29:4,12 31:15 32:11 45:22,25 46:21 74:4 75:25 77:12 78:2,6,6 81:12 93:15 94:6 94:12 95:5 126:22 132:25 167:7 168:11 181:19

**January** 13:25 23:2 31:2,20 42:8 106:24 136:25 143:22

**Jim** 3:12 13:12 24:22 48:6 79:17 167:6

**job** 5:15 9:18

**John** 100:25

**joined** 64:11

**Joint** 6:6

**Joshi** 77:13

**July** 13:23 131:19 132:12,14 133:4 155:17 158:14

**June** 23:6 77:8 80:13 84:5 85:14 94:9,13 95:10 126:23 132:21,25 133:2 155:20

**junior** 94:10

**juries** 4:12

**K**

**K** 3:2

**Kathleen** 9:6

**keep** 34:21 51:4 55:4 62:14 108:4 116:2 176:4 180:24

**kind** 18:9 46:21 153:5

**kinds** 64:22

**knew** 27:22 29:7,10 40:6 55:9 101:24 104:17 110:11 119:3,16 136:2 156:16,18 159:21 189:7

**know** 9:8,10 10:7 11:3,4,9,10 12:20 15:17,21,25 16:11 16:19,21 17:2 19:18 22:19,19 23:15 26:3,7,14 26:24,25 27:4,10 29:9 34:3,9,11 36:15 38:6 40:20 40:22 42:12 45:20 45:25 46:3,20 48:23 49:3 50:5 55:20,21 56:14,18 58:22 59:14,14 60:20 61:10 63:8 71:7,8,19,20 72:3 72:9,18,22 74:4 79:25 80:3 82:15 82:25 83:5,10 84:11 85:15 86:6 86:18,24 91:8,20 91:22 92:5,7,10 92:16 93:17,19 94:14 95:3,4,5 97:4,21,22 99:17 99:21 100:6,8,17 102:19 105:2,7,8 107:23 108:14,19 110:3 111:22,24 112:18 113:4 114:8 115:25 117:3,16 119:12 119:13,14,19 123:21 124:2 130:12,13,14 131:22 132:20 136:19,20,22 137:11,14,23 140:7,13,14,18 142:18 144:21 146:12 151:7 157:8 158:19 161:6 162:13,15 164:16 173:22 174:7 180:3 182:4 182:7 183:3 189:21,23 192:13

**knowing** 19:13 85:9

**knowledge** 11:2 25:24 26:18 28:12 93:19 108:22 127:18 132:24 163:21 166:13 176:17 183:22 184:23 186:25

**known** 25:5 36:10 189:25

**knows** 61:2 65:10 65:11,11,12 125:8 127:14

**Kotecha** 52:4 176:25

**KUSHNER** 2:19 3:24 10:16 14:19 17:13,15 19:14 20:20 21:14 25:11 25:14 26:20,24 28:14 29:18 33:6 33:8,14 34:6 35:15,18 38:16,22 39:9,16 40:10 41:17 42:20,24 44:9 45:5,24 47:12 48:4,9,12 49:11 50:6 52:23 58:8 59:25 60:5 60:12 61:2,10,16 65:17 67:16 72:14 73:2 74:17 75:12 75:24 76:4 79:20 81:18,24 82:4,8 83:22,24 84:3,14 84:17 87:21 88:4 88:10 90:11 91:17 95:2 96:2 98:13 99:24 101:14,18 103:4 105:24 106:8 109:11 111:14 114:16 118:5,23 119:7 120:10,17,21 125:18,21,24 126:3,10,15 127:21,25 128:21 133:7,10 134:15 134:25 137:9,12 138:8 141:2,10 143:16 144:2 146:25 150:12 151:24 154:8,17 155:11 157:16 161:9,11 162:2,25 164:6,14,18 174:23 175:3,6,10 178:14 179:11 181:5 184:3,6,10 188:14 190:11,16 193:13

**L**

**L** 3:2

**Lab** 144:23

**Laboratories** 25:20 25:23 27:19 34:4 34:5,10 186:17

**Laboratories'** 26:4



**lack** 44:17
**ladder** 9:11
**Lakis** 34:11 35:7 71:4,14,21 72:18 73:11 132:10 183:17 186:18 187:16 188:3 189:3,5,10,12
**Lakis's** 83:10
**landlines** 95:9
**language** 16:22 17:2
**large** 54:20,22 56:4 105:15,15 172:18
**lasted** 70:3
**lasting** 155:16
**late** 85:14
**launched** 46:17
**law** 64:9,22,24 76:12
**lawsuit** 10:14,17
**lay** 172:9
**lead** 149:10
**leading** 30:8,13 41:8,11,14
**learn** 13:22 53:17 59:7 105:20 110:7 160:25 187:19
**learned** 19:21 22:14 23:7 53:19 107:25 110:15 152:7 170:13
**leave** 140:24 141:9
**LEE** 2:14
**left** 105:5,6
**legal** 1:23 29:19 30:5 31:3 49:5,10 60:9 86:2 87:17 87:22 88:7 98:9 107:5 108:8 144:24 156:22
**length** 11:9 76:9
**lengthy** 6:19
**Lester** 107:4
**let's** 31:24 47:15 49:22 55:4 65:17 78:7 84:20 88:8 101:10 103:24 120:18 129:8 142:8 144:8 146:8 146:21 163:21 165:21 169:7 174:11 184:3 188:19
**level** 4:15 80:11 133:20
**Levy** 76:2 77:13 78:3,6 132:11
**liability** 102:20
**liable** 174:20,23 175:2,3,4
**light** 145:11,13
**limited** 24:8 102:20 103:20,23
**line** 32:20 50:9 68:2 68:21,25 145:23 146:15 147:8 158:15 184:14 197:6,8,10,12,14
**listed** 51:24 52:4 148:9,11 164:2
**little** 4:14 7:14 27:10,13,15 28:16 30:12 49:2 103:15
**LLC** 102:17,19
**LLCs** 102:15
**loaded** 49:24
**local** 148:16 149:21 150:6,15
**located** 82:25 83:6 157:9
**location** 34:4 150:21 182:16
**locations** 149:24
**logical** 105:12 143:9
**long** 10:6 11:14 57:13 60:20 109:24 132:12 158:23
**look** 12:22 14:11,21 25:12,16 40:21 47:6,7,22 73:5 84:25 86:10 88:8 95:7 96:17 101:9 112:14 113:21 115:8 117:4 118:14,19 131:7 132:9 133:8 143:5 144:8,16 145:5,8 146:21 147:12 157:5 170:7 177:2 178:5 187:16
**looked** 41:24 64:16 84:7 91:9 101:8 119:2 132:19 135:18
**looking** 30:21 31:13 34:23 36:8 65:23 76:17,25 81:25 83:25 85:10 89:6 93:18 113:24 114:18 118:25 121:14 123:11 128:16 131:15 145:5 168:11 188:11
**looks** 125:15 126:12 151:13 175:19
**loss** 59:12
**lost** 147:4
**lot** 6:15 23:7 30:5 34:23 40:17 49:23 58:5 93:5 96:11 105:22 119:10 138:19 152:9 153:16 154:5 155:15 157:21,25 158:5 162:7 169:13,15,17 177:8 180:8,11,14 185:23 190:17
**lot,'** 88:21
**lots** 93:11,17 153:18,23 162:11 170:2,7,10,17 172:17 177:7
**lower** 64:12
**lowers** 64:5
**lunch** 112:9

**M**

**M** 2:8,19 3:2,2
**MAGNA** 1:23
**mail** 6:10
**main** 1:10 2:5 111:8 116:3 181:10
**majority** 5:17 105:15 191:24
**making** 180:10
**males** 6:17
**man** 30:13 77:15
**management** 77:19 129:19 136:12
**manager** 9:5 36:19 37:14,15 82:22,23 100:25 101:9 173:11 182:25 183:2 189:5
**manager's** 18:25
**managers** 159:14
**manages** 9:6
**managing** 159:15
**Manhattan** 5:23
**manufacturer** 92:15 154:3 175:5
**March** 13:23 23:3,6 28:23,23 29:2 31:3,21 32:7,8,11 47:4,20 77:10 122:11,15 135:25 142:7,13 144:12 145:14 147:13,17 155:16 156:23,23 157:3,3 159:24 167:7 181:18 194:10
**margin** 52:13 124:2
**mark** 13:4 44:20 47:15 52:24 61:24 73:19 79:11 103:24 115:7 116:6 117:19 121:3 130:6 139:8 141:25 151:13,14 158:7 166:18 168:25
**marked** 13:7 24:18 31:24 32:4,9 44:23 47:18 62:4 73:22 79:14 104:4 104:8 115:14 116:9 117:22 121:6 130:9 139:11 142:4 158:10 166:21 169:4
**market** 2:16 74:24 75:17 78:18,21 79:7 93:2,3,4,11 177:8 186:7
**marriage** 196:14
**master** 86:9,11,12 86:15,18 131:25
**match** 118:15
**matched** 153:10
**material** 88:25 90:4 90:9
**materialized** 132:15
**matter** 18:24 28:25 88:3 96:24 98:4 152:12 156:12 177:22,22 187:24 187:24 196:15 197:4
**matters** 6:8,12,13 6:16 7:4,23 141:13
**McDonough** 189:6
**McKesson** 51:18,21 55:19 57:23,25 58:6,20,21 92:3,5
**mean** 12:7 21:21 37:9 38:19 47:12 49:19 64:22 73:17 98:5 105:11 118:18 120:13



141:14 151:9 157:5 174:24 177:10
**meaning** 29:20 148:8 180:8
**means** 95:3 151:7 151:10 162:15 190:2
**meant** 63:18
**medication** 54:14
**meetings** 186:12
**MELISSA** 2:11,11
**memo** 158:11 194:22
**memory** 57:16
**mention** 65:4 66:25 67:3 69:5
**mentioned** 49:14 76:10 87:18 136:12 193:8
**mentioning** 67:7
**met** 161:7
**Michael** 139:16,21 158:16
**mid-February** 142:11 145:16
**mid-June** 132:19
**middle** 6:17 31:20
**Mikalic** 1:15 3:1,8 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1,5 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1,16,18 196:7 197:24
**Mikalic's** 62:6 194:11
**Mike** 9:9 11:10 45:3,21 46:10 81:19 95:16 96:5 96:23 99:13,15 100:24 101:2,4,6 103:2,5,8,16,17 157:23 195:5
**Mike's** 96:10
**million** 78:21
**mind** 51:4 67:2,3 108:4 123:24 150:24 156:18 181:21
**mind-set** 150:18
**minimal** 144:16
**minimum** 180:25 185:24
**minutes** 11:17,18
**Miriam** 16:24 17:8 17:10 18:21 19:3 19:7,11,12,19,22 27:8 42:25 43:6 43:11,15,19 63:5 63:7,23,25 64:2 64:19 65:20,23 66:3,12 67:25 83:5 89:24 90:20 101:24 122:11,15 124:12,16,25 128:9 129:15,24 130:5 134:7,17,23 138:9,11 142:13 142:18,21,25 144:14 148:2 150:17 155:2,8,20 156:5 162:9 167:7 167:22 168:11 169:12 182:22,24
**mischaracterized** 21:15
**misconduct** 98:21 101:10,13 177:24 177:25 180:10
**misinterpreting** 37:2
**misrepresentation** 172:23
**misspoke** 4:4 32:7
**mitigation** 180:17
**Mohammed** 1:2 2:24 3:13 28:5 54:4 66:5 98:10 127:3 130:4 136:16,19 137:5 137:20 159:21 160:4 161:15 181:3 182:17 183:17 188:4 192:16,19,23,25 193:4
**Mohammed's** 36:9
**money** 56:10 171:17 172:9
**monitary** 122:21
**monitoring** 150:7
**monitors** 149:20,24
**months** 10:9 30:22 31:2,17 42:8 61:4 94:17 95:6 96:13
**months'** 41:24
**Morris** 16:24 17:8 17:11,16,20 18:21 19:4,7,11,12,22 20:2,10,13 21:12 22:3 24:9 27:8 43:2,6,11,15,19 44:7,16 63:5,7,23 64:11,19 65:23 66:3,12,24 67:25 69:21 79:19 81:23 82:5,13 83:5,19 84:10 85:3 90:20 90:22,23 101:13 101:24 122:7,11 122:15 123:16 124:3,16 128:9 129:15,24 130:5 132:10 134:7 138:10,11 142:21 142:25 143:14 144:6 146:5 147:18,19 148:2 148:24 150:17 155:3,8 157:12 161:14 162:9 165:3 167:7 175:15 182:22,25
**Morris's** 15:6 19:19 67:18 88:23 89:24 134:17
**mortgage** 6:9
**mouth** 18:11,11 41:7 98:15 135:11
**move** 147:14
**MSA** 85:5,23 86:4 86:6 96:8 131:19 184:2,7,8,12
**MSAs** 95:21
**multiple** 40:14

## N

**N** 2:1 194:1 195:1
**name** 3:7,12 5:6 9:5 27:10 30:8 40:23 97:4,6 101:2 111:11,15,17 119:11,14,22 129:11 131:11,15 140:14,20,20,25 195:5
**named** 9:8 66:16 81:19
**names** 119:21 142:14 145:20,21
**national** 7:4 140:17
**nature** 143:23 181:25 191:21
**near** 167:18
**necessarily** 20:12 22:17 39:23 51:20 105:11 113:25 162:16
**necessary** 35:7 54:6 54:19 173:12
**necessity** 186:13



**need** 58:23 66:2 85:7 112:14 144:21
**needed** 50:14 57:14 101:23 106:6,12 111:2 169:15 172:23
**needs** 144:24 149:23 173:9,10
**negative** 41:16 189:15
**negotiated** 124:10 162:14
**negotiates** 138:24
**negotiation** 124:11 124:12 125:15 126:12,14,19,20 163:20
**nervous** 156:8
**net** 167:21 168:7
**never** 8:5 9:25 24:6 27:2 28:2 35:10 36:22 69:24 103:5 122:2 131:15 132:7 137:25 150:23 159:12 178:19 179:15 181:15 182:14 183:14 187:6 190:8 191:8
**new** 1:1,10,20 2:6 3:5 5:22,23 6:6,7 6:11 7:2,11 9:18 83:9,13 168:12 196:4
**next-day** 149:11
**nineteen** 186:20 188:8
**ninety** 53:23
**nodding** 61:14
**nods** 3:20
**nondisclosure** 25:5
**North** 80:8
**Notary** 1:20 3:4 193:25,25 196:4 197:20
**notations** 81:6
**note** 108:3 145:13
**noted** 89:2 143:19 197:3
**notes** 51:17 62:6,20 63:17 88:18 104:9 108:24 109:17,23 113:18,22,23 121:15,19 123:12 123:25 127:5 131:9,12,14 134:9 169:8 194:11
**notice** 1:18 100:3 173:16 192:2
**noticed** 45:13
**notification** 46:15
**number** 14:8,25 87:17 98:17 99:5 110:20 130:17,19 139:14 155:7 180:24
**numbers** 152:9,10
**numerous** 119:15

**O**

**oath** 157:13
**OBI** 8:22 9:12 13:8 13:24 14:3 47:19 87:7,15 88:15,18 96:21 98:23,25 103:7 122:13 143:13 179:18 180:8,24 185:23 187:23 194:5,9
**object** 10:16 21:15 28:14 38:17 40:11 58:8 60:12 67:17 91:17 98:13 111:14 143:16 157:16 161:9 188:14
**objecting** 84:14 87:21 137:9
**objection** 17:13 19:14 29:18 39:7 42:24 44:9 45:24 49:11 95:2 103:4 106:8 118:23 119:7 128:21 133:7 150:12 151:24 155:8 181:5 190:11
**objects** 19:16
**obligated** 171:20
**obligation** 58:5
**Observations** 109:24
**obstructing** 176:19
**obtain** 54:5,19 55:7 92:20 93:10,10 111:25 140:2 186:13
**obtained** 7:6
**obtaining** 22:2 42:16,19 93:22 113:16 151:20 172:8
**occasion** 150:22
**occur** 62:12 109:20
**occurred** 31:19 66:2 127:12 169:23
**October** 1:11 7:13 197:5
**odd** 15:8 18:5 20:12 24:2 27:5,15
**off-the-record** 84:22 134:3 185:4
**offered** 166:13
**offerings** 122:5
**office** 7:12 9:6 83:6 83:10 98:25 102:2 161:16
**officer** 146:18 184:20
**official** 30:10,15,24 135:21,22
**officially** 53:22
**offline** 78:7
**Oh** 7:24 8:7 11:25 12:20 20:25 82:12 86:17 99:19 102:7 102:12 105:2 129:16 134:25 140:13
**okay** 8:13 9:16 30:11 50:23 52:2 53:2 65:18 84:3 98:24 102:12 110:18 112:6 114:13 120:17 122:19 123:19 126:9,10 129:5,16 141:18,23 144:13 146:20 154:16 164:8,25 165:14 167:16 171:8 188:17 193:11
**once** 69:21 73:17 132:14 137:25 170:16
**One-and-a-half** 91:14
**ones** 52:4 93:18 95:20
**open** 144:22 158:6
**opinion** 31:13 172:16
**opportunity** 4:4 19:25 25:16 138:20 179:4
**opposed** 26:5 45:10 131:24 168:17
**order** 13:21 18:7 50:19 53:8 54:21 54:21 55:23 56:8 56:9 58:4,10,14 58:17,18,20 79:25 84:15 89:10,15 142:8 148:20 149:12,13 163:6,8 163:12 164:10,12 164:15 165:13,17 165:19,23 166:12 166:15 167:25 168:4,4,22,23 170:25,25 172:18 174:3 176:12 185:24
**ordering** 81:13
**orders** 54:20 56:18 163:2,10,15,17 165:7 167:19 170:23
**org** 84:7
**original** 113:7 142:9 143:13 147:19 194:25,25
**outcome** 38:24 196:15
**outlining** 143:23
**outright** 6:12
**outside** 8:17 57:6 80:20 94:25 159:2 159:3 189:19 190:4,9,12,13,17 190:21,24 191:5 192:3
**owe** 55:25 56:2
**owned** 18:6,20,21 19:4,24 104:18 143:3,25 144:18
**owner** 25:22 54:18 64:8 136:3 146:6 146:13,16 147:9 159:22 184:17
**owners** 15:10 16:8 16:11,12,19,19 17:12,18,23 18:3 18:7,13 19:12,13 20:5,14,17 21:23 22:9,24 23:16,22 27:17 29:6,13 57:8 110:12 117:8 143:15 145:7,24 156:24,25 157:2
**owners'** 15:7 17:21 184:24
**ownership** 19:8 20:18 23:17 27:2 28:12 30:2 44:7 104:13 106:18,20 106:21 107:17 110:3,15 111:4

MAGNA
LEGAL SERVICES

114:22 118:21 119:6,25 182:13 182:23 184:24
**ownerships** 102:14
**owning** 106:15
**owns** 125:7 139:24

**P**

**P** 2:1,1
**P-R-I-V-E-T** 102:3
**P.C** 2:3,14
**p.m** 193:16
**packet** 116:24 157:24
**page** 13:18,20 25:14 45:7,7 47:8 47:10 48:4,11 51:25 55:15 60:21 62:19,24 68:2,21 68:25 81:22 82:3 88:14 107:10 114:14,20 116:21 131:8 134:13 138:7 194:3 195:4 197:6,8,10,12,14
**pages** 60:20 109:24 121:17 147:4 168:21
**paid** 59:9,10,11 89:11,12 168:17 168:22 172:21 174:5 175:19
**papers** 157:24
**paragraph** 13:20 14:3 45:10,12 48:2,7,9,10 49:15 49:23,24 74:19 76:17 88:13 90:14 90:17 159:13,17
**paralegal** 49:7
**parathesis** 114:23
**Pardon** 42:17
**parenthesis** 149:19
**parenthetical** 35:24 136:11
**part** 16:15 44:13 52:24 75:12 96:14 100:7,17 106:12 109:14 134:6 138:15 153:21
**particular** 15:3 23:11 39:24 58:24 60:17 64:6 65:6,9 66:4,8 93:5 127:4 127:6,8 139:3 172:11 174:3 177:8 181:21 188:23
**particularly** 27:18
**particulars** 140:2
**parties** 24:9 96:16 129:22 196:13
**partner** 102:17 187:13 188:24 189:22
**party** 65:24,24
**passed** 143:21
**passing** 143:2
**pay** 51:4,6 58:21 172:23 175:24 193:9
**payable** 96:15 100:14 110:17 113:2 142:22 157:20,22
**payer** 175:23
**paying** 59:5
**payment** 45:15 51:5 53:5 54:2 58:5,16 91:16,16 112:22,24,25 144:17 165:18,22 166:2 168:12 169:7,22 170:10 170:11,16,17,23 175:22
**payments** 50:14 89:16 91:22 173:12
**peculiar** 27:13 30:12 41:3
**pending** 3:19 7:23 78:12
**Pennsylvania** 2:17 3:9 102:4
**people** 18:25 34:24 42:3 58:20 59:4 77:8,12,14 79:21 94:10 96:18 105:20,20 129:2 129:21 130:2 143:10 155:17 157:9 158:2 162:9 162:14 185:23 189:7
**people's** 23:4
**perceived** 42:6
**percent** 53:7 152:20 155:3 192:8,14,17,20,23 193:9
**perception** 19:19
**performance** 177:14 178:8,23 178:25 179:5,9 187:4,19 188:12 189:19,24 190:10 192:3
**performer** 177:24
**period** 13:23 47:3
**perplexed** 104:16
**person** 37:21,22 70:4 100:13 139:24 158:17 177:23 180:6,9 187:25 189:3
**person's** 36:19 99:9 179:24 180:3
**personal** 159:12
**personally** 61:9
**personnel** 177:16 179:16,25 187:6
**peruse** 14:22
**peruses** 14:14 47:24 48:15 115:10 133:16 147:6
**Peska** 1:9 2:3,8 3:8 3:11,12 10:19 13:4 14:21 17:14 20:22 21:18 25:13 26:23 29:22 31:24 33:10 34:8 35:17 35:19 37:5 38:21 38:25 39:14 41:19 42:21 44:20 45:8 47:14 48:5,10,14 50:9 53:2,16 54:16 60:3 61:12 61:18,24 65:18 67:19 72:16 73:4 73:19 74:18 76:3 76:6,16 78:10 79:11,22 81:20 82:2,7,10 83:23 84:2,16,19 88:8 88:12 90:13 100:2 101:20 103:24 106:2,10 111:16 112:6 114:19 115:7 116:6 117:19 118:7,24 119:9 120:15,22 121:3,13 122:9 125:20,23,25 126:7 127:23 128:5 130:6 132:4 133:25 138:11 139:8 141:6,18,25 144:7 146:11 147:3 148:10 154:16 157:4 158:7 161:13 162:5,22 163:2 164:8,16,20 166:18,24 168:25 175:4 178:7,15 183:15 184:5,8,11 185:2 186:6 188:17 193:11
**ph** 153:13 183:6 189:6
**pharmaceutical** 65:3 91:13 152:6
**pharmaceutical-...** 124:10
**Pharmaceuticals** 1:6 3:14 29:17
**pharmacies** 50:23 51:24 52:3,5,12 55:11,17,22,25 56:3 57:10 59:3,8 75:21 93:2,8 172:15,21 176:9 176:16,20,22
**pharmacist** 24:14
**pharmacy** 10:21 13:24 15:4,9 18:6 18:20 19:4,23 21:5 22:10,24 23:8,23 25:20 26:8,12 27:17 28:12 29:6,14 30:9,14,20 31:19 31:23 33:11 35:14 35:23 37:25 38:7 38:10 43:12,25 46:25 50:15 51:22 51:23 53:11,14 54:13,19 57:9 58:2,15 64:8 66:6 80:17,21 81:13 85:8,16 88:22 89:4 93:15 94:2,4 94:16,21,24 96:9 96:11 100:9 101:5 104:18,21 106:15 106:15,25 108:2 108:12,20 109:3 110:6,16,19 111:10 112:3 119:18 125:7 128:25 130:18 131:21 132:16,22 135:14 139:5,25 142:24 143:3,7,24 144:18 146:6,23 148:16,20 149:4 150:19,24 151:22 153:9,11,15,17,24



153:25 154:22,24 155:5,9,16,22 156:15 157:7,21 159:22 160:5 161:6,18,22 164:22 165:4 166:11 167:12 168:10,14,16 169:15,25 170:6 170:21 171:3,14 171:16,17,18,19 172:23 173:9 174:4,11 175:19 176:25 177:2,7 181:4 182:5,13,23 184:7
**Pharmacy's** 44:17 54:2 92:21
**phenomenal** 177:23
**Philadelphia** 2:17 5:25
**phone** 110:21
**phones** 43:9
**phrase** 20:21,22
**phraseology** 15:18
**pick** 108:25
**picture** 42:2
**pipeline** 65:11 93:19,20 125:8
**pipelines** 43:2
**place** 1:18 39:7 46:25 73:6 84:23 89:10 98:16 103:18 134:4 167:12 185:5 189:8
**placed** 58:11 60:10 149:12
**places** 56:8 155:8
**placing** 56:8
**Plains** 1:10 2:6
**plaintiff** 1:4 2:4 27:18 36:9 61:5 101:12 161:2
**Plaintiff's** 13:7
24:18 32:4 44:23 47:18 62:4 73:22 79:14,17 104:4,8 107:9 114:17 115:14 116:9,24 117:22 121:6 130:9 134:6 139:11 142:4 147:11 158:10 166:21 169:4 194:3
**platform** 99:5 181:24
**play** 125:9 180:15
**pleas** 175:21,22
**please** 3:6 19:9 31:25 33:13 61:7 61:25 116:6 117:19 121:3 122:24 130:6 139:25 158:7 166:18 168:25 173:13
**plural** 10:13 190:22
**PO** 96:17 167:12,19
**point** 7:6 11:5,10 14:25 15:5 19:3 19:25 20:7,15,19 20:24 21:11,16,25 35:21 36:11 49:18 63:3 66:5,21,22 73:10 107:11 109:5 110:11 116:3,23 126:21 135:8 138:7,22,24 142:25 145:17,19 160:24 170:15 174:7 185:17 186:21 187:12,20
**pointed** 91:3 94:6
**points** 14:8,12,20 32:13 133:12 138:4 153:11 154:20,22 181:10
**policy** 32:18 36:13 36:16 38:13,13
39:22 40:9 46:13 46:16 158:14 178:5,12,17 181:10 187:8,9 191:3
**Pomona** 83:9,13 149:22 182:16
**portfolio** 144:21
**portion** 63:14 105:15
**pose** 39:17
**position** 7:7,9 38:12 93:9 144:20
**possesses** 33:2,17
**possession** 50:24 54:14 55:18 58:22 93:10 119:2 171:21 176:10,13
**possible** 34:22 76:24 106:9 165:5 177:6
**Post** 129:16
**post-final** 28:17
**post-investigation** 24:8
**post-preliminary** 28:18
**potential** 36:17 96:21,25 97:3 100:20 101:9 121:12,24
**potentially** 36:19 37:19 75:4 85:9 126:20
**practice** 91:16
**prefacing** 126:8
**preliminary** 13:9 13:16 65:22 88:10 101:21 109:24 129:16,21 194:5
**premise** 77:15
**prepared** 26:14,15 26:18,21 169:16
**preparing** 107:24
**prepay** 56:2,25 57:3,5,9 59:4
**prepayment** 44:15 44:18 45:14,16 46:19 49:20,20 51:8 52:16,17 53:6,9,10,17 54:8 54:19 59:23 60:14 60:21 83:15 89:3 91:9 157:15 165:21 166:3,4 172:13 173:10,17 175:22
**prepayments** 45:16 48:18,22 50:2,13 54:5 59:20 60:11 90:19 91:5 173:23 173:25
**prescriptions** 76:23
**presence** 71:17
**present** 2:10,23 72:23 156:2 159:16 187:16
**presented** 161:17
**president** 30:20 108:2,12 110:5,10 119:17 128:25 145:25,25,25 158:15
**pretty** 6:19 24:7 29:16 43:2 45:22 52:21 54:7 57:14 66:20 87:19 90:16 110:25 116:23,25 132:12 134:8 140:7 142:17 150:8 155:21 174:5 186:21
**previous** 178:2
**previously** 166:4
**price** 64:3,5,12,20 65:2,2,4,11,12 66:17,23 122:5,25 123:4,8,18 124:16 125:3,5,17 126:19 138:18 153:7,9,13
**price-fixing** 69:6,9 69:14,18 70:8
155:4
**prices** 90:25 124:9 127:15,17 153:5
**pricing** 64:15 123:23 139:7 156:11
**primarily** 6:5,7,17 23:2,9 28:19 30:25 101:2
**prior** 6:22 8:15 15:6 85:15 89:11 89:12 103:13 109:17 113:15 144:5
**Privet** 102:3
**privilege** 168:16
**privy** 72:6
**probable** 158:6
**probably** 12:2,7,8,9 12:12,24 41:24 67:2 81:8 128:19 155:14,16 162:9 189:7
**problem** 140:23 171:5,18,18 174:17 187:15 188:20 189:13
**problematic** 60:15 90:6,7,8,12 123:13 129:3 171:12,13,14
**problems** 50:15 51:3 171:3
**procedure** 1:17 45:15
**process** 40:15,18 46:16 84:7 89:14 106:6 109:15 110:4 124:11,13 125:15 126:12 135:13,17 170:14 173:13
**processed** 160:9 170:11
**processes** 36:23
**procure** 148:22



153:12,15
**procured** 56:5
**procurement** 16:16 29:2,10 36:6 40:25 45:17,20,23 46:4,6 60:9 80:7 82:19,24 86:3 89:15 95:21 103:18 104:19 108:9,10 135:21 139:22 145:22 156:21 173:11,21
**procuring** 149:4
**produced** 81:4 108:25 135:4
**product** 51:18 57:13 63:25 66:23 81:13 88:20 93:12 127:6,9 138:19 149:23 151:3,20 152:5,20,20 153:15 154:4 165:3 166:13 172:8,8,9 174:8 174:10,22 176:3 176:19
**PRODUCTION** 195:3
**products** 18:9 55:7 55:9 65:11 84:11 85:10 148:4 149:10 151:15,15 152:16 172:17 175:17 185:19
**Professional** 1:19
**professionally** 61:13
**profit** 52:13
**program** 192:11
**prominently** 40:23
**promise** 176:14
**prompted** 95:15
**proof** 31:14
**properly** 31:4
**proposal** 37:18,23
**proposals** 43:16
**propose** 37:15
**proposed** 26:7
**proposing** 42:4
**proprietor** 5:6
**pros** 155:18
**proven** 146:24
**provide** 20:18 116:22 140:25 141:9,20 187:18
**provided** 8:14 13:25 14:10 26:11 33:5 88:24 90:4,9 118:3 136:13 142:18 186:4,9,11 188:6
**provides** 97:8 142:14 145:2
**proxies** 41:20
**proxy** 43:12
**Public** 1:20 3:4 193:25,25 196:4 197:20
**pull** 144:3
**purchase** 51:11 54:22 57:19 58:10 58:15,17 124:11 163:2,6,8,10,12 163:15,17 164:10 164:12,15 165:7 165:13,17,19,23 166:12,15 167:24 168:3
**purchased** 51:18 122:3 174:12
**purchases** 52:20 55:2 56:5 59:13 162:23,25
**purchasing** 176:3
**purportedly** 148:2
**purpose** 67:11 70:6 103:17 154:9 156:6 168:15
**pursuant** 1:17 101:16 190:23
**put** 12:10 18:10 41:6 46:14 49:22 89:10 135:10 142:8 145:20 182:7,10 191:23
**puts** 125:9
**putting** 30:22,25 110:24
**puzzle** 30:25

**Q**

**Quantico** 49:13
**question** 3:16,19,19 15:21,25,25 19:17 20:20,21,23 34:16 35:22 38:24 39:4 39:6,10,11 44:11 45:11,21 48:24 54:24 58:13 59:15 65:20 68:3,7,9,11 68:13,17,22 69:4 69:8,12,24 70:12 76:6 78:12 83:20 84:6 92:17 97:22 102:8,10 107:2,6 108:6,11 109:5,16 109:25 112:4,7 118:24 120:16 125:12,19,21,22 125:23 126:6,8 132:5 133:10 143:9 144:9 147:24 148:3,12 148:18 149:9,18 150:13 151:2,12 151:13,14,14,25 152:23 153:6,7 154:9 155:12 156:25 158:5 162:18 164:5 165:10 175:8,11 181:8,9 190:3,15 190:20
**questioning** 50:10 169:24
**questionnaire** 40:15 116:11 136:14,23 147:2 194:16
**questions** 3:15 14:12 29:11,12 32:12 39:3 54:23 70:10 83:21 84:5 108:4 109:19 111:2 134:24 144:19 147:20,25 150:16 152:24 153:2,3 154:7,13 173:7 181:19 193:12,13
**quick** 52:23 148:17 175:22
**quite** 68:15 87:17 113:5 130:17,19 155:7 157:19 165:5 168:24 177:6 186:19
**quote** 68:4 89:19,20 90:20 124:16,17
**quotes** 65:2 88:21 88:21,24 138:18
**quoting** 123:5

**R**

**R** 2:1 196:1 197:1,1
**R&D** 42:14,16,19 46:18 76:24 84:6 84:11 106:4 139:22 162:9
**raised** 77:3 104:13 144:19
**random** 95:19
**reach** 108:8 139:25
**read** 4:2 13:21 14:11,20 15:2 20:8 36:4 37:5,8 45:9 46:7 48:6,8 74:3,9,15 75:12 76:18 81:9 88:14 107:10 114:14 121:18 122:14,15 124:20 129:21 130:3 133:13 138:13 139:19 144:9 147:25 148:14 153:3 155:21 159:6,8 197:6,8,10,12,14
**reading** 154:10,13
**real** 52:23 56:17 110:13
**realize** 18:22
**realized** 96:8
**really** 10:23 22:16 58:23,23 60:18,22 105:17 106:13 116:3 142:23 156:11 164:5 175:20 180:16 191:18
**reask** 59:21
**reason** 26:3 31:11 35:5 37:25 116:20 118:17 137:15,17 149:16 169:21 197:7,9,11,13,15
**reasonable** 100:13 129:2 172:6
**recall** 11:21 12:16 17:24 19:2,6 23:13 27:9 28:15 29:5 40:24 43:5 52:12 56:6,12 67:7,14 68:12 73:16 78:8 89:8 89:23 97:25 111:13,20 113:3,9 113:17 116:3 120:19 127:9 129:9 139:17 142:16 163:16 184:14,18,21
**recalled** 22:17
**receipt** 149:10
**receive** 22:21 165:4 190:4
**received** 8:5 13:7 19:11 24:18 32:3 44:22 47:17 62:4 73:21 79:13 104:3



115:13 116:8 117:21 121:5 130:8 139:10 142:3 158:9 165:3 166:20 169:3,12 181:3 183:25 192:6,17,20,23 193:2,5,9
**receiving** 27:19
**recess** 67:22 112:9 167:3
**reciprocal** 25:2
**recite** 153:2
**recognize** 140:21
**recognized** 30:14
**recollection** 17:19 28:16 57:20 71:20 104:12 109:4 112:15 113:9 115:3 136:24 141:11
**recommendation** 131:23
**record** 3:7,25 12:12 13:21 15:2 16:3 46:8 48:8 61:11 62:14,14 74:9 76:18 81:10 84:20 114:16 121:18 133:25 138:14 139:20 144:10 148:15 153:4 154:12,15 157:22 159:20 183:13 185:2 187:20 188:2 196:9
**recorded** 22:17
**records** 96:14 100:18 110:17 142:22
**red** 101:4
**redacted** 63:14 122:3,20,22 148:7 153:14,21 154:4 167:13 169:13
**reduction** 153:8,13
**refer** 113:20
**reference** 21:8 31:6 44:14 66:12 91:9 94:15,16 122:12 131:18 148:11
**referenced** 27:6 54:20 76:12
**references** 75:20
**referencing** 24:11 24:25 57:19 63:8 136:9
**referred** 9:24 37:7
**referring** 30:19 63:23 82:8 168:20
**refresh** 57:16,20 104:12 112:15 115:2
**refreshed** 28:16
**refrigerated** 149:23
**regard** 76:5
**regarding** 13:23 19:11 50:13 83:22 87:23 100:4 128:11 131:21,23 159:6 169:12 179:21 183:11
**regards** 46:21 81:14 144:25
**register** 112:3 160:4
**registered** 30:9,14 109:10,11,12 148:9
**registration** 108:16 108:25 109:2,6,14 110:4 111:12,18 113:8,12,14 114:6 115:6 136:5 143:22 161:23
**regular** 16:14
**regulatory** 75:4
**REITBERG** 2:11
**related** 21:20 45:14 196:12
**relates** 90:21 113:10
**relating** 29:12 95:22
**relationship** 85:6 92:3 94:3,21 124:3,6 128:24 139:23,25 162:13 176:23
**relayed** 15:13
**relevant** 76:23 106:13 167:9
**relied** 43:7 158:21
**relying** 27:12
**remember** 27:7 68:15,17,19,22 69:7 97:23 181:22
**remembered** 69:8 69:15
**remind** 168:11
**repeat** 58:12
**repeated** 187:22
**rephrase** 3:17 19:9 23:19 71:23 87:9 120:4,15 161:4
**reply** 88:23
**report** 13:9,17 28:17,18 43:18 44:14 47:7,8,9,13 47:14,20,23 52:6 55:15 57:6,8 60:19 65:22 75:22 87:6,7 88:5,8 90:9 92:19,23 94:15 98:21 112:16 113:21 114:9 122:13 129:9,21 143:13 164:2 168:19,21 171:10 183:23 187:16 190:18,23 191:23 191:24 194:5,9
**reported** 111:22 182:22 183:4
**reporter** 1:20 3:6 37:8 194:25 196:3
**reports** 113:22 129:17
**repository** 100:18 157:20
**represent** 3:13 57:9
**representation** 57:10
**representations** 98:9
**representative** 146:19 161:7,16 162:21 184:20
**reprimanded** 186:23
**request** 51:9 52:17 107:19 113:14,19 113:20 114:24 115:16 127:18 135:19,21 136:5 141:3,17 146:12 160:9,14,19 166:4 168:4 170:12 173:10 194:15
**requested** 38:14 39:20 112:2 160:4 160:13,18
**requesting** 127:23 128:5,10 146:15 147:8
**REQUESTS** 195:3
**require** 46:19 150:7 178:13,14
**required** 32:17 58:16 93:18
**requirement** 46:12 56:13
**requirements** 84:8 149:19
**requires** 32:18 178:5 184:23
**research** 188:9
**resolving** 159:15
**resources** 29:9 32:19,24 60:23 77:9 181:24 182:3 183:12 187:13 191:2
**respect** 14:9,9
36:13 52:16 54:15 57:19 78:14,23 90:3 113:19 133:5 148:24 150:11 151:19,21 154:18 164:9 176:15 188:4 189:9 192:2
**responds** 84:10
**response** 33:23 36:2 46:7 81:15 81:17 89:23 134:7 134:17 148:4 150:3,4,9,10 151:21
**responses** 32:14 148:25
**responsible** 110:4 159:14
**rest** 73:9 148:6
**restricted** 148:21 153:12 187:10
**result** 59:12 183:22
**resulted** 89:3
**retain** 12:5
**retained** 194:25
**retired** 7:8
**return** 151:22 152:16 153:24 154:2 174:16,21 175:17
**returned** 151:17 152:5
**returns** 152:9
**revealing** 122:7
**reversed** 55:18
**review** 23:2,10,12 24:6 28:19,20 30:5,6,21 34:25 35:9 40:14 41:22 55:9 87:5,7,14 105:16 117:2 129:7 155:6 177:13 178:9,22 178:23 179:2,5,10 179:24 181:18 187:3,6 191:24



**reviewed** 117:11 137:3 158:20
**reviewing** 30:18 100:14,19 119:16 120:19 131:14 142:16 170:14
**reviews** 110:9 177:14 187:4 188:12
**rigging** 62:21 63:11 63:19,21 65:5 66:2,25 67:4,8 68:7,9 69:18,22 76:10,11,15 77:4 87:20 121:24 124:7,18
**rigging?'** 68:14
**right** 7:3 16:21 24:3 25:4 34:17 37:22 39:15 41:25 43:4 49:22 52:9 54:11 55:5 58:25 60:5 62:18 67:19 72:3 82:7,10,25 83:23 84:19 86:13 88:17 91:2 93:9 94:8,17 95:5 98:22 99:3 102:2 107:15 111:11,19 113:7 114:3 121:19 123:24 126:7 133:5 135:2 138:3 139:22 143:11 145:15 148:10 152:11,25 156:23 164:20,24 170:8 170:20 172:5 173:2 175:9,15 176:21 181:2
**rightly** 94:6
**risk** 59:20,24 60:10 144:16 175:16,20 175:20
**RLD** 148:6,8
**Road** 102:3
**role** 72:7 104:16
128:24
**Roosevelt** 52:4
**roughly** 7:4,20 53:5
**rounding** 6:2
**Roz** 107:4
**rule** 89:12 168:12
**rules** 1:17 112:13
**running** 62:16 108:3
**Rutgers** 4:20

**S**

**S** 2:1 3:2
**salary** 192:14
**sampling** 95:19 99:16
**sat** 36:22 110:24
**satisfied** 31:13
**satisfies** 39:22
**satisfy** 38:13
**saw** 25:7 28:20 31:14 33:22 42:3 43:14 116:23,25 117:3 142:17 152:21 158:3 159:23
**saying** 17:4 26:21 37:3,3 51:7 66:18 95:24 96:17 97:15 101:14 106:19,20 124:23 137:22,23 141:15 161:11 162:2 164:18
**says** 14:3 21:9 32:11 51:2 55:15 55:24 57:12 61:22 62:20 63:7,11 64:2,3 75:9 78:6 81:17 114:20 122:19 134:23 136:11 143:2 144:4 146:18 151:10 167:11
**scenario** 128:15
**schedule** 187:17
**scheme** 54:8,9 65:3
**school** 4:19
**scientists** 153:22 154:5
**scope** 103:20
**Scott** 79:24 80:2,4 81:10 139:15
**scratching** 180:16
**scribble** 137:12
**second** 13:20 45:7 81:22 84:17 134:13,16 149:9 153:6
**second-to-last** 74:3
**secretive** 15:11,16 15:18,19 19:8 21:4,9,20 22:11 23:16,23 24:2 29:25
**Section** 45:15 159:3
**secure** 58:5,15 169:16 170:10 171:20
**secured** 54:25 153:17 170:17,18
**secures** 169:25
**security** 7:4,7,12
**see** 18:8 25:9,9 28:7 32:9,11 36:2 43:6 51:7,17 65:22 70:7 73:5 75:10 82:4,11 84:13 85:23 95:20 98:25 103:17 105:23 107:18 111:20 113:25 114:23 117:12 118:11 134:25 135:25 146:18,18 156:22 156:23 167:23 176:5 178:2 179:8 180:7
**seeing** 46:12 78:8 139:17
**seeking** 161:22,24
**seen** 86:15 120:23 130:19 184:12
**selected** 135:14
**sell** 161:25
**send** 12:22 103:12 141:2,16,17 172:3
**sending** 42:5
**sends** 151:15
**senior** 46:5 82:23 130:15
**sense** 88:19 152:15 157:10
**sent** 11:23 131:21 134:18 173:10
**sentence** 74:4 75:9 131:20 138:16 139:3 159:7,9,17 167:10,20 173:8
**separate** 4:13 49:20 177:22 187:24
**series** 3:15 152:24
**serious** 87:19 187:24
**server** 12:8
**service** 86:9,11,12 86:16,18 97:8,24 152:19 174:18,19 174:20
**SERVICES** 1:23
**set** 158:4 196:8
**seven** 157:9
**seventeen** 60:19
**seventy** 55:11,12
**shaking** 61:6
**share** 188:24
**shared** 187:2
**sheet** 52:10
**shipment** 56:9 174:17
**shipped** 149:23
**shipping** 149:19
**shocked** 67:5
**shorter** 144:17
**show** 114:12
**showed** 40:14 136:13 137:4,7
**Shulamit** 11:4 19:20 22:5,13,16
23:24 28:24 35:4 76:19 77:13 81:10 81:11 84:9 93:14 96:7,16 100:16 103:15,22 129:12 130:4 139:24 140:2 142:21 143:8 144:13,25 173:11,22 186:2
**sic** 139:23
**side** 60:18 104:9
**sign** 4:2 32:24 122:21 137:16,18 141:8 146:13,16 146:23 147:9
**signature** 29:20 117:13 118:11,15 118:18 119:4,12 120:8,8,25 146:15 147:8 158:15 184:14,16
**signed** 5:22 23:9 24:11,13,23 29:24 30:18 36:5 40:16 40:19,21 44:6 61:20 97:19 107:14 114:21 115:19 116:17 117:8,12,15,17 118:21 119:24 120:3,6 136:10 137:5,11,21 138:2 142:10 145:15 146:7
**significance** 42:22 91:4 150:4
**significant** 29:17 51:11
**signing** 26:22 29:16
**similar** 118:19 120:12 164:21
**simple** 77:15,16 125:15
**simply** 16:10 18:19 43:6 72:20 99:13 101:7 107:20

MAGNA
LEGAL SERVICES

109:21 139:4 143:2
**single** 193:7
**singular** 181:25
**sir** 3:23 8:9 12:17 28:9 36:3 47:2 63:6,12,16,22 70:14 71:16 74:8 74:20 83:2,7,11 85:22 87:16 94:19 94:22 95:11 102:18,25 103:9 104:11 115:21 129:14 131:13 142:12 145:4 167:8 169:10
**sit** 70:9 136:20 137:19 165:11
**site** 149:22
**situation** 15:11,16 21:4,10 38:20 123:21 129:4 149:22 153:25 156:18 166:10 181:15
**situations** 33:17 72:20
**six** 5:7 27:10 50:23 59:3 93:7 145:18 172:15,21,25 176:9
**sixty** 53:23 54:3 89:11,13 165:22 168:7,17 175:24
**sixty-day** 89:4,7 167:21
**sixty-nine** 55:16,19 58:21 176:8,13
**slow** 175:23
**small** 5:5 168:10,13
**smirking** 61:6
**So-and-so** 66:17,23
**Solaraze** 49:14 50:19 51:10 52:11 52:16 53:8 54:21 55:3,4,5 56:18 57:20 78:14,15,24 92:20 166:3 172:14 176:6,8 177:3
**sole** 5:6
**solicit** 161:3,7,10 161:22
**solicitation** 162:12 162:16
**some,'** 88:24
**somebody** 64:25 81:18 154:10
**somebody's** 76:10
**somewhat** 111:20 163:4
**soon** 56:17
**sorry** 47:10 58:12 59:21 61:22 85:19 96:3 98:3 113:8 135:2 138:11 177:12
**sort** 49:23 115:2 188:11
**Sounds** 82:20
**source** 20:9 22:21 88:20,21
**sources** 22:14
**SOUTHERN** 1:1
**SP** 122:3
**space** 140:24 141:6 141:9
**span** 94:14,16
**speak** 11:24 19:18 20:2 40:4 42:10 54:4 86:22 91:15 104:22 132:2,6 133:22 166:25 180:6,22 181:15 183:8 189:10 190:8 191:4,15
**speaking** 11:21 16:3 34:20 80:12 172:10
**special** 5:18,19 149:13,19 153:25
**specific** 15:20 32:12 138:24 164:6 184:7
**specifically** 35:10 39:24 54:17 70:20 113:3 139:3 150:17
**Specify** 164:6
**spelled** 119:11
**spent** 73:9 150:20 182:5
**spiffed** 88:24 89:17 89:21,25
**spoke** 11:7 13:24 14:4 40:3 48:20 49:19 91:19 131:22 138:6 178:20 191:8
**spoken** 191:11,12
**spreadsheet** 52:8 59:11
**stake** 186:8
**stamped** 28:7
**stand** 86:8
**standing** 61:13
**stapled** 147:5
**start** 37:13 105:12
**started** 97:2 99:10 101:5,15 110:23 181:25
**starting** 23:2 121:19 155:16
**state** 1:20 3:4,6 7:11 101:21 196:4
**stated** 169:17
**statement** 18:4 50:11 56:21,23 154:19 165:2 169:11
**statements** 50:12 50:16,18 87:25 88:4
**states** 1:1 36:17 46:4 130:21
**status** 41:2 72:25 73:3
**stenographer** 3:20
**step** 129:20
**STEVENS** 2:14
**stock** 85:11
**stop** 61:5 176:21
**story** 146:22 180:10
**straightened** 98:6
**strange** 27:10
**Street** 1:10 2:5,16
**strength** 105:21
**strike** 17:14 21:18 29:22 50:9 53:16 54:16 76:6,16 78:10 81:20 106:10 118:24 121:13 122:9 132:4 146:11 157:4 161:13 162:22 178:7 183:15 186:6
**studied** 41:25
**studies** 106:12
**subject** 10:14,17 65:25 152:12
**submission** 75:4
**submit** 160:14
**submitted** 112:18 112:20 115:23 116:17 136:16,17 136:19,22,25 151:5,11
**submitting** 151:20
**Subscribed** 193:21
**subsequently** 120:6
**substance** 120:2
**substantial** 59:20 59:24 191:22
**substitution** 188:11
**suffer** 59:12
**suffering** 189:19,24
**Suffern** 10:21 13:24 15:4,9 18:6 18:20 19:4,23 20:17 21:5,7 22:9 22:23 23:8,17,23 25:20 26:8,11 27:17 28:12 29:6 29:14 30:9,14,20 31:19,23 33:11 35:13,23 37:25 38:7,10 43:12,25 44:17 46:25 50:3 50:7,14 53:11,14 54:2,13,18 55:16 55:18 57:8 58:15 64:8 66:6 76:21 80:17,21 81:13 85:16 88:22 89:3 92:20 93:15 94:2 94:3,16,21,24 96:9,11 100:9 101:5 104:18,20 106:24 108:2,12 108:20 109:2,12 110:6,15,19 111:9 112:3 119:17 128:25 130:18 131:21 132:16,22 135:13 139:5,25 142:24 143:3,24 146:6 149:4 150:19,24 151:22 154:22,24 155:5,9 155:16,22 156:15 157:6,21 159:22 160:5 161:6,16,18 161:21 162:10,21 163:3 164:22 165:4 166:11 167:12 168:9,13 168:16,21 169:15 169:25 170:21 171:3,14,16,17,19 172:17,23 173:8 174:4,11 175:13 175:18 176:3,13 176:18,25 177:4,7 181:4 182:13,23 184:7
**suggest** 69:2
**suggested** 38:6,10 38:23 40:7
**suggesting** 137:20

MAGNA
LEGAL SERVICES

**suggests** 88:24
**sum** 120:2 147:15
**supervising** 24:14 146:23
**supervisor** 28:5 36:9 37:3,10 38:14 39:20 178:6 178:9,13,16 179:10 180:4,22 181:12 182:9,12 191:4
**supervisory** 5:19
**supplied** 55:16,17 181:20
**supplier** 38:3,5 55:2 57:12 66:9 66:16,19 116:10 122:8 123:4,17 125:7 129:2 150:15 168:10 169:21 170:6 172:7 174:6 176:23 194:16
**suppliers** 15:8 43:3 46:18 57:2 59:8 138:18 150:2 152:8 163:13 168:13 172:24,25 176:16
**supply** 18:9
**support** 88:25 90:5
**supported** 6:14
**supports** 172:20
**supposed** 141:11
**surcharges** 152:5
**sure** 9:17 12:14 29:10 36:5 53:2,7 54:7,23 57:15 59:10 61:11 66:20 89:22 104:14 116:23,25 119:12 130:4 142:17 150:8 156:4 170:24 186:20,21
**surface** 64:16 180:16
**surprised** 44:3
**surrounding** 13:22
**suspended** 70:20 70:22 71:2,12,18 71:20 72:12
**suspension** 72:22
**sworn** 3:3 193:21 196:8 197:17
**sympathetic** 6:18
**system** 18:13,15,16

**T**

**T** 196:1,1 197:1
**take** 3:18,20 16:3 44:14 48:17 60:14 61:8 64:9 73:18 75:22 77:7,11,17 77:24 189:8
**taken** 4:6 49:9 56:19 67:23 112:10 167:4
**Tali** 130:12,23
**talk** 65:17 66:2 101:23 105:20 139:2
**talkative** 70:4
**talked** 11:10 31:6 90:23 107:7 132:7 138:24 146:4 156:4,10 162:14 182:14 183:18 188:18
**talking** 24:22 33:9 34:6 39:24 41:17 45:5 55:3 59:2,5 65:14 66:9 76:15 93:22 98:20 105:24 113:13 125:25 126:22,24 146:25 163:14 164:16 184:6 190:13
**talks** 76:7 93:22 159:14
**Task** 6:6
**tasks** 62:13
**tax** 112:21
**team** 78:15 95:18 185:9,20
**telephone** 99:5 110:20
**telephonic** 12:16
**telephonically** 99:20,21
**tell** 17:15 19:20 46:14 48:24 70:9 71:11,17 100:19 125:2 167:15 179:15 188:20
**telling** 31:2 61:3 116:19 137:13
**tells** 77:20
**temp** 97:10,12,16 99:9,10 140:12,15 140:17 149:24 195:5
**temperature** 149:20
**template** 184:10,12 184:13,21
**temporary** 97:8,23 98:2 102:24
**ten** 94:18 100:15 152:19 157:21 164:3,17 191:7
**term** 41:9
**terminated** 70:17 71:9 73:12 156:7 183:21 187:25
**termination** 7:15 98:11 104:25 183:17
**terms** 31:13 32:19 53:11,14,18,20 85:5 89:5,7,13 114:2 124:6 126:23 144:17 153:8 165:18,22 166:2 167:21,21 167:25 168:13 169:7
**terrorism** 6:6,11,13 6:14,22,24
**terrorist** 6:18
**test** 153:16
**tested** 153:22
**testified** 3:5 4:11 11:7 31:6 33:22 67:6 76:9 88:2 119:23 120:13 121:9 160:8 178:19 188:15,19 190:7
**testify** 72:8
**testifying** 125:18,24 179:11
**testimony** 11:6,20 11:21 17:3 21:21 44:12 67:13,14,18 67:25 91:5 98:2 99:6 120:2 124:15 126:5 188:10 196:10 197:4
**Teva** 1:6 3:14 7:25 8:6,15,20 9:15,19 9:23,25 10:3,7 13:23 18:16 19:4 19:24 20:8,14 22:10 23:14 25:9 25:10,25 26:5,18 27:3 29:13,17 30:10,14 31:22 32:9 35:22 36:13 37:13,14,20 38:2 38:5,7,13,13 39:22 40:9,25 41:4 42:4,20 43:8 43:9 45:2 50:12 59:12,17,19,24 60:8,9,10,23 64:7 64:18,20 65:24 74:22,22 75:9,15 75:23 77:8 78:20 81:21 86:14 87:2 89:10 91:15 92:2 92:13,20 93:18,22 94:3,20 96:8,12 96:24 97:16,19 99:11,12 100:24 102:23 104:10 105:5,23 106:16 106:25 109:13 111:9,17 112:17 112:22,24 113:6 115:24 116:4 118:3 122:2 123:17 124:25 125:3,6,8,16 127:6,9 129:2 130:17 131:7 132:9,15 133:8 136:11 139:15 144:18 147:12 151:4,11 157:7 159:11 161:3,8,22 163:14,16,19 164:13 166:13 167:23 171:12,13 171:18,25 172:4 174:11,21 175:7 175:16,23 176:16 176:20,23 178:12 181:24 182:3,5 184:12,21,23 185:18 187:8,9 188:7 189:6 190:5 190:10 191:2,5,17 192:2,11
**Teva's** 16:15 27:10 32:18 95:17 98:9 98:24 159:14 176:19 181:23
**thank** 141:23 143:5 144:15 154:17 193:11
**thank-you-for-he...** 12:3
**Thanks** 32:12 78:6 79:22 122:25 167:22
**they'd** 163:10
**thing** 30:16 60:24 104:16 108:4 110:24 129:24

MAGNA
LEGAL SERVICES